**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

APPEAL,ACO,CONSENT

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:23-cv-06188-JMW

| | |
|---|---|
| Superb Motors Inc. et al v. Deo et al | Date Filed: 08/16/2023 |
| Assigned to: Magistrate Judge James M. Wicks | Jury Demand: Plaintiff |
| Cause: 18:1962 Racketeering (RICO) Act | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Superb Motors Inc.**                 represented by   **Jamie Scott Felsen**
                                                        Milman Labuda Law Group PLLC
                                                        3000 Marcus Avenue
                                                        Suite 3w8
                                                        Lake Success, NY 11042
                                                        516-328-8899
                                                        Fax: 516-328-0082
                                                        Email:
                                                        jamiefelsen@mmmlaborlaw.com
                                                        *TERMINATED: 04/07/2025*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Nicole Marie Koster**
                                                        16 Hawthorne Street
                                                        Williston Park, NY 11596
                                                        516-457-5175
                                                        Email: nicole.koster17@stjohns.edu
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Emanuel Kataev**
                                                        Sage Legal LLC
                                                        18211 Jamaica Avenue
                                                        Jamaica, NY 114232327
                                                        718-412-2421
                                                        Fax: 718-489-4155
                                                        Email: emanuel@sagelegal.nyc
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Team Auto Sales LLC**               represented by   **Jamie Scott Felsen**
                                                        (See above for address)
                                                        *TERMINATED: 04/07/2025*

*ATTORNEY TO BE NOTICED*

**Nicole Marie Koster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Robert Anthony Urrutia** | represented by | **Jamie Scott Felsen**<br>(See above for address)<br>*TERMINATED: 04/07/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nicole Marie Koster**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Emanuel Kataev**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **189 Sunrise Auto LLC** | represented by | **Jeffrey C. Ruderman**<br>Cyruli Shanks & Zizmor LLP<br>420 Lexington Avenue<br>Ste 2320<br>New York, NY 10170<br>212-661-6800<br>Email: jruderman@cszlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jamie Scott Felsen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Russell J. Shanks**<br>Cyruli Shanks Hart & Zizmor<br>420 Lexington Avenue<br>Suite 2320<br>New York, NY 10170<br>212-661-6800<br>Fax: 212-661-5350<br>Email: Rshanks@cszlaw.com<br>*ATTORNEY TO BE NOTICED* |

Emanuel Kataev
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Northshore Motor Leasing, LLC**    represented by **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Chabrier**
*individually and derivatively as a member of Northshore Motor Leasing, LLC*    represented by **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Aaronson**
*individually and derivatively as a member of 189 Sunrise Hwy Auto, LLC*    represented by **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jory Baron**                     represented by  **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**1581 Hylan Blvd Auto LLC**       represented by  **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**1580 Hylan Blvd Auto LLC**       represented by  **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**1591 Hylan Blvd Auto LLC**          represented by   **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**1632 Hylan Blvd Auto LLC**          represented by   **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**1239 Hylan Blvd Auto LLC**                    represented by **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**2519 Hylan Blvd Auto LLC**                    represented by **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**76 Fisk Street Realty LLC**                    represented by **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**446 Route 23 Auto LLC**                    represented by    **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Island Auto Management, LLC**              represented by    **Jeffrey C. Ruderman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Scott Felsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell J. Shanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Anthony Deo**                              represented by    **Brian M. Levine**
The Levine Firm, P.C.
260 North Broadway

Suite 2a
Hicksville, NY 11801
347-732-4428
Fax: 917-477-2273
Email: levine@levinesingh.com
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
The Linden Law Group, PC
250 Park Avenue
Ste 7th Floor
New York, NY 10177
212-655-9536
Email: jbenjamin@nyfraudlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
3280 Sunrise Highway
Ste Box 112
Wantagh, NY 11793
516-557-5459
Email: hrtatty@verizon.net
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sarah Deo**                    represented by   **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harry Thomasson**              represented by   **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dwight Blankenship**                    represented by    **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marc Merckling**                    represented by    **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Laurie**                    represented by    **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Jones, CPA**                     represented by     **Peter Seiden**
milber makris plousadis & seiden, llp
1000 Woodbury Rd
Suite 402
Woodbury, NY 11797
516-712-4000
Fax: 516-712-4013
Email: pseiden@milbermakris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Anthony Lentinello**
Milber Makris Plousadis & Seiden, LLP
1000 Woodbury Road, Ste. 402
Woodbury, NY 11797
516-712-4000
Fax: 516-712-4013
Email: jlentinello@milbermakris.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Car Buyers NYC Inc.**                     represented by     **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gold Coast Cars of Syosset LLC**           represented by

**Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gold Coast Cars of Sunrise LLC**          represented by   **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gold Coast Motors Automotive
Group LLC**          represented by   **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gold Coast Motors of LIC LLC**     represented by **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gold Coast Motors of Roslyn LLC**     represented by **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gold Coast Motors of Smithtown LLC**     represented by **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)

*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UEA Premier Motors Corp.**                    represented by    **Brian M. Levine**
(See above for address)
*TERMINATED: 04/22/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry R. Thomasson , Jr.**
(See above for address)
*TERMINATED: 12/01/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DLA Capital Partners Inc.**                    represented by    **Jeffrey Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jones, Little & Co., CPA's LLP**               represented by    **John Anthony Lentinello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Seiden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flushing Bank**                                represented by    **Ariel E. Ronneburger**
Cullen and Dykman LLP
333 Earle Ovington Boulevard
Ste 2nd Flor
Uniondale, NY 11553
516-357-3700
Fax: 516-357-3792
Email:
aronneburger@cullenanddykman.com
*ATTORNEY TO BE NOTICED*

**Thomas Baylis**
Cullen and Dykman LLP
333 Earle Ovington Boulevard
Ste 2nd Floor
Uniondale, NY 11553
516-357-3748
Fax: 516-357-3792
Email: tbaylis@cullenanddykman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Libertas Funding LLC**                    represented by    **Bonnie Rae Golub**
Weir LLP
1330 Avenue of the Americas
Ste 23rd Floor
New York, NY 10019
917-475-8885
Fax: 917-475-8884
Email: bgolub@wgpllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.P. Morgan Chase Bank, N.A.**            represented by    **Anthony Carmine Valenziano**
Sherman Atlas Sylvester & Stamelman
LLP
1185 Avenue of Americas
3rd Floor
New York, NY 10036
212-763-6464
Email: avalenziano@shermanatlas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke Suarez**
Riker Danzig LLP
One Speedwell Avenue
Morristown, NJ 07962
701-210-0326
Email: bsuarez@riker.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Nissan Motor Acceptance Company**         represented by    **Nicholas Alexander Savino**
**LLC**                                                      Zeichner Ellman & Krause LLP
730 Third Avenue
New York, NY 10017
212-223-0400

Email: nsavino@zeklaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2023 | 2 | Civil Cover Sheet.. by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 08/17/2023) |
| 08/17/2023 | 3 | Proposed Summons. by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 08/17/2023) |
| 08/17/2023 | 4 | NOTICE of Appearance by Jamie Scott Felsen on behalf of Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (aty to be noticed) (Felsen, Jamie) (Entered: 08/17/2023) |
| 08/17/2023 | 1 | COMPLAINT against All Defendants Was the Disclosure Statement on Civil Cover Sheet completed -Yes,, filed by Joshua Aaronson, Team Auto Sales LLC, Island Auto Management, LLC, Superb Motors Inc., 446 Route 23 Auto LLC, 2519 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, Brian Chabrier, Robert Anthony Urrutia, 1581 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, Jory Baron, 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC. (LJ) (Entered: 08/17/2023) |
| 08/17/2023 |  | FILING FEE: $ 402, receipt number ANYEDC-16999229 (LJ) (Entered: 08/17/2023) |
| 08/17/2023 |  | Incorrect Case/Document Entry Information. Corrected defendants Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC and Gold Coast Motors of Smithtown LLC on the docket to conform to the Complaint. Deleted Document Entry No. 1 (Complaint) and re-entered as against all Defendants. (LJ) (Entered: 08/17/2023) |
| 08/17/2023 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (LJ) (Entered: 08/17/2023) |
| 08/17/2023 |  | Case Assigned to Judge Diane Gujarati and Magistrate Judge Steven Tiscione. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (LJ) (Entered: 08/17/2023) |

| 08/17/2023 | 6 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (LJ) (Entered: 08/17/2023) |
|---|---|---|
| 08/17/2023 | | Your proposed summons was not issued for the following reason: **The full case caption must appear on the summons.**<br><br>Please correct and resubmit using the event Proposed Summons/Civil Cover Sheet. (LJ) (Entered: 08/17/2023) |
| 08/17/2023 | 7 | NOTICE of Appearance by Jeffrey C. Ruderman on behalf of 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC (aty to be noticed) (Ruderman, Jeffrey) (Entered: 08/17/2023) |
| 08/18/2023 | 8 | Proposed Summons. by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 08/18/2023) |
| 08/20/2023 | 9 | Emergency MOTION for Temporary Restraining Order , Emergency MOTION for Preliminary Injunction , Emergency MOTION for Permanent Injunction by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 08/20/2023) |
| 08/20/2023 | 10 | MEMORANDUM in Support re 9 Emergency MOTION for Temporary Restraining Order Emergency MOTION for Preliminary Injunction Emergency MOTION for Permanent Injunction filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 08/20/2023) |
| 08/20/2023 | 11 | AFFIDAVIT/DECLARATION in Support re 9 Emergency MOTION for Temporary Restraining Order Emergency MOTION for Preliminary Injunction Emergency MOTION for Permanent Injunction filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - Cross-Purchase Agreement dated December 1, 2022, # 2 Exhibit B - Bounced Check from Deo, # 3 Exhibit C - Screenshot of Funds on Hold from Deo, # 4 Exhibit D - Screenshot of Deo's Stolen Funds Taken From Deo, # 5 Exhibit E - Proof of Wires Sent by Deo to Urrutia, # 6 Exhibit F - Shareholders' |

| | | |
|---|---|---|
| | | Agreement Executed by Deo, # 7 Exhibit G - Indemnity Agreement for Northshore Signed by Deo, # 8 Exhibit H - Indemnity Agreement for Sunrise Signed by Deo, # 9 Exhibit I - Forged Instrument Signed by Deo for Flushing Bank account for Superb with Statements from Flushing Bank, # 10 Exhibit J - Forged Instrument Signed by Deo for NESNA Credit, # 11 Exhibit K - Signature Cards for Superb's Bank Account, # 12 Exhibit L - Cash Reconciliations for April May & June 2023 with Cash Receipts, # 13 Exhibit M - Correspondence from Jones with False Accounting Entries, # 14 Exhibit N - Correspondence with NMAC Regarding Deo's Fraud, # 15 Exhibit O - List of Missing Vehicles & Dealer Plates, # 16 Exhibit P - Copies of Unauthorized Checks Signed by Deo with Summary, # 17 Exhibit Q - List of Five Additional Vehicles Stolen by Deo, # 18 Exhibit R - Letter Demand to Deo to Return Vehicles, etc., # 19 Exhibit S - Second Letter Demand to Deo to Return Vehicles & Cooperate with NMAC and Next Gear) (Kataev, Emanuel) (Entered: 08/20/2023) |
| 08/20/2023 | 12 | AFFIDAVIT/DECLARATION in Support re 9 Emergency MOTION for Temporary Restraining Order Emergency MOTION for Preliminary Injunction Emergency MOTION for Permanent Injunction filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - Thomasson August 9, 2023 Letter (FRE 408 Material Redacted), # 2 Exhibit B - Thomasson August 11, 2023 Letter, # 3 Exhibit C - Thomasson August 15, 2023 Letter) (Kataev, Emanuel) (Entered: 08/20/2023) |
| 08/21/2023 | 13 | Letter *re the proposed Order to Show Cause* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Attachments: # 1 Exhibit Nassau Supreme Court Order in a related action) (Thomasson, Harry) (Entered: 08/21/2023) |
| 08/21/2023 | | ORDER OF RECUSAL. Judge Diane Gujarati recused. Case reassigned to Judge Orelia E. Merchant for all further proceedings. Type of Recusal: party.Ordered by Judge Diane Gujarati on 8/21/2023. (BBM) (Entered: 08/21/2023) |
| 08/21/2023 | 14 | Letter *response in opposition to Defendants' letter request for extension of time* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Attachments: # 1 Exhibit A - Letter from NMAC dated August 9, 2023, # 2 Exhibit B - Letter from NMAC dated August 15, 2023) (Kataev, Emanuel) (Entered: 08/21/2023) |
| 08/24/2023 | | Your proposed summons was not issued for one of the following reasons: **If multiple defendants, there must me a rider attached to the summons with the name and addresses of all defendants included.,**<br><br>Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (IH) (Entered: 08/24/2023) |
| 08/25/2023 | 15 | |

| | | ORDER: For the reasons stated in the attached ruling, Superb Plaintiffs' request for a TRO is GRANTED in part and DENIED in part.<br>The TRO is GRANTED in part only to the extent that Defendants are enjoined from "disposing of any automobiles in" in their "possession belonging to Superb" or the Superb Plaintiffs, as agreed to by Attorney Thomasson in his letter. (See ECF <u>13</u> ).<br><br>For clarity's sake this TRO binds only defendants: Anthony Deo, Sara Deo, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp.<br><br>All other requests for injunctive relief in the TRO are **DENIED**.<br><br>The deadline for opposition to preliminary injunction motion is September 13, 2023; the deadline for reply, if any, is due September 20, 2023; a hearing on the preliminary in junction is set for September 27, 2023.The <u>9</u> motions for preliminary and permanent injunctions are taken under advisement. Ordered by Judge Orelia E. Merchant on 8/25/2023. (CS) (Entered: 08/25/2023) |
| 08/26/2023 | <u>16</u> | Letter MOTION for Reconsideration re <u>15</u> Order on Motion for TRO,,,,, Order on Motion for Preliminary Injunction,,,,, Order on Motion for Permanent Injunction,,,, by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 08/26/2023) |
| 08/26/2023 | <u>17</u> | AFFIDAVIT/DECLARATION in Support re <u>16</u> Letter MOTION for Reconsideration re <u>15</u> Order on Motion for TRO,,,,, Order on Motion for Preliminary Injunction,,,,, Order on Motion for Permanent Injunction,,,, filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 08/26/2023) |
| 08/26/2023 | <u>18</u> | AFFIDAVIT/DECLARATION in Support re <u>16</u> Letter MOTION for Reconsideration re <u>15</u> Order on Motion for TRO,,,,, Order on Motion for Preliminary Injunction,,,,, Order on Motion for Permanent Injunction,,,, *filed under seal* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # <u>1</u> Exhibit A - Confidential Agreement with NMAC, # <u>2</u> Exhibit B - Termination Letter from NMAC) (Kataev, Emanuel) (Entered: 08/26/2023) |
| 08/26/2023 | | ORDER re <u>15</u> Order on Motion for TRO: Counsel for Superb Plaintiffs is hereby ORDERED to serve upon all defendants a copy of this order to their last known address and email address. See <u>12</u> Kataev Decl. ¶ 7. Counsel shall submit a report on docket detailing the status of service and all attempts and/or acknowledgements of service no later than 8/27/2023 by 5:00 PM EST. Ordered by Judge Orelia E. Merchant on 8/26/2023. (CS) (Entered: 08/26/2023) |
| 08/26/2023 | <u>19</u> | DECLARATION *of Emanuel Kataev, Esq. as to Service in accordance with this Court's Order dated August 26, 2023* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 08/26/2023) |

| 08/27/2023 | 20 | Letter *in response to Plaintiffs' application for reconsideration* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) (Entered: 08/27/2023) |
| 08/27/2023 | | ORDER denying 16 Motion for Reconsideration: "The standard for granting such a motion is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). The purpose of this strict standard is to "ensure the finality of decisions and to prevent the practice of a losing party [from] examining a decision and then plugging the gaps of a lost motion with additional matters." Parrish v. Sollecito, 253 F. Supp. 2d 713, 715 (S.D.N.Y. 2003).

Superb Plaintiffs proffer that "[r]econsideration may also be granted to correct clear error, prevent manifest injustice, or review the court's decision in light of the availability of new evidence." ECF 16 at 2 (quoting Mendez-Caton v. Caribbean Fam. Health Ctr., 340 F.R.D. 60, 74 (E.D.N.Y. 2022)) (citation omitted) (emphasis in letter). As to the latter point, Superb Plaintiffs fail to show here that either of the pieces of evidence attached to their motion for reconsideration were somehow unavailable prior to its initial motion for a TRO such that the evidence can be considered newly available evidence. This itself warrants denial. Indeed, the NMAC letter attached to the reconsideration letter, see ECF [18-2], is dated August 18, 2023, two days before the TRO motion was filed; Superb Plaintiffs neglected to attach this evidence in their follow up letter, ECF 14, filed at 4:40 PM on August 21, 2023 (the day Superb Plaintiffs state they received the August 18 NMAC letter), which attached two other NMAC letters. Further, Superb Plaintiffs did not offer it to the Court as newly available evidence in the days leading up to the TRO decision. Equally, the confidential operating agreement attached to the letter is dated October 29, 2021, long before this dispute began.

Even if the either piece of evidence was properly before the Court, neither provide any reason to alter the Court's prior order. The August 18 NMAC letter (the only piece of evidence relevant to the Court's consideration of imminent and irreparable harm) merely confirms the Court's prior conclusion: that the Nissan floor plan financers will terminate their contract with Superb and require payment of any outstanding amounts at some point in the future, not imminently; NMAC's letter states that termination is "effective September 18, 2023" and it is at that point which any outstanding monies are due (though whether Superb has any outstanding or will pay it is not clear as it reports already repaying $2M to NMAC). ECF 18-2 at 1. The NMAC letter further provides that NMAC's reason for terminating the contract was because NMAC "determined" that termination was in its "best interests." Id. Despite Superb |

Plaintiffs' assurances that granting the TRO would "avert" these risks, it is entirely unclear and unsupported whether, even if the Court granted Superb Plaintiff's requested injunctive relief, that doing so would cause NMAC would change its position or cause them to reenter or remain in the contract.

Similarly, Superb Plaintiffs discussion about another floor plan financer, Next Gear, rehashes the same arguments about imminent harm but substitutes a new player. Superb Plaintiffs again raise Deo's alleged "absconsion" of the subject vehicles as triggering a default and, in that scenario, Superb's putative inability to pay outstanding balances owed to Next Gear given a lack of operating capital and, consequently, the potential shut down of Superb's business. The Court has already addressed such similar concerns in its TRO and sees no ground to relitigate this point. "[A] motion to reconsider should not be granted where the moving party seeks solely to relitigate an issue already decided." Shrader, 70 F.3d at 257. Moreover, Superb Plaintiffs provide no further evidence beyond what was included in their initial submission that any such harm is actually imminent.

However, in the interest of justice, the Court advances the preliminary injunction motion briefing and hearing schedule as follows: Opposition briefing is **due by 9/11/2023**; reply, if any, is **due by 9/13/2023**. The hearing is **RESET to 9/14/2023 at 3:30 PM**. Superb Plaintiffs' Counsel shall submit a report on the docket detailing the status of service and all attempts and/or acknowledgements of service of this order on the parties no later than **8/27/2023 by 5:00 PM EST**. Ordered by Judge Orelia E. Merchant on 8/27/2023. (CS) (Entered: 08/27/2023)

| | | |
|---|---|---|
| 08/27/2023 | 21 | Letter *Regarding status of service of August 27, 2023 Order* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Felsen, Jamie) (Entered: 08/27/2023) |
| 08/28/2023 | 22 | DECLARATION *of Emanuel Kataev, Esq. as to service in accordance with this Court's Order dated August 27, 2023* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 08/28/2023) |
| 09/05/2023 | | **SCHEDULING ORDER**: A telephonic preliminary injunction hearing is set for **September 14, 2023**, at **11:00 AM** before Judge Orelia E. Merchant. The parties are directed to call the toll-free number **646-828-7666** and follow these steps: (1) Enter the meeting ID number: 161 714 0966 and then press #. (2) Press # again. (3) Enter the passcode: 563736. The parties shall dial in five (5) minutes before the conference. Ordered by Judge Orelia E. Merchant on 9/5/2023. (TPL) (Entered: 09/05/2023) |
| 09/06/2023 | 23 | Letter MOTION for Hearing re Scheduling Order, *to convert from telephonic to in-person hearing to permit live testimony* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 09/06/2023) |
| 09/07/2023 | 24 | Letter *in Response to Second Request for Reconsideration* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors |

| | | |
|---|---|---|
| | | Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) (Entered: 09/07/2023) |
| 09/07/2023 | | ORDER RE: 23 : The Court hereby clarifies that the hearing scheduled for 9/14/2023 is to address the parties' briefing on the preliminary injunction motion (*see* Order dated 8/27/2023) and the issues raised in the various letters to the Court. *Cf. Schlaifer Nance & Co. v. Est. of Warhol*, 194 F.3d 323, 335 (2d Cir. 1999) ("There is, however, a difference between an evidentiary hearing and a hearing at which a subject is allowed to present oral argument.") The Court reserves decision on holding an evidentiary hearing on the preliminary injunction motion at this time. <br><br> Separately, plaintiffs' counsel has failed twice to submit a proper summons to the Clerk (*see* Clerk's docket entry at 8/17 and 8/24), and defendants assert that they have not yet been properly served. Plaintiffs' counsel shall make all attempts to properly serve the defendants and submit a status report to the Court as to the same on 9/13/2023. <br><br> Lastly, all counsel participating in the 9/14/2023 conference must enter a notice of appearance on the docket prior to the hearing. *Telkamp v. Vitas Healthcare Corp. Atl.*, No. 3:15-CV-726 (JCH), 2016 WL 777906, at *6 (D. Conn. Feb. 29, 2016) ("[I]t is a well-settled principle of law in this Circuit that merely appearing before the court does not waive the defense of insufficient service of process.") (citing *Grammenos v. Lemos*, 457 F.2d 1067, 1070 (2d Cir. 1972)). <br><br> Superb Plaintiffs' Counsel shall submit a report on the docket detailing the status of service and all attempts and/or acknowledgements of service of this order on the parties by September 8, 2023. Ordered by Judge Orelia E. Merchant on 9/7/2023. (CS) (Entered: 09/07/2023) |
| 09/07/2023 | 25 | Proposed Summons. by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 09/07/2023) |
| 09/08/2023 | | Your proposed summons was not issued for the following reason: **The full case caption must appear on the summons. Granted that the full case caption cannot fit in the space provided, Counsel is directed to put the full case caption on the Rider.** <br><br> Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (EG) (Entered: 09/08/2023) |
| 09/08/2023 | 26 | Proposed Summons. by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 09/08/2023) |
| 09/08/2023 | 27 | DECLARATION *of Service in accordance with this Court's Order dated September 7, 2023* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 09/08/2023) |
| 09/11/2023 | 28 | Summons Issued as to Dwight Blankenship, Car Buyers NYC Inc., DLA Capital Partners Inc., Anthony Deo, Sarah Deo, Flushing Bank, Gold Coast |

| | | |
|---|---|---|
| | | Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Thomas Jones, CPA, Jones, Little & Co., CPA's LLP, Michael Laurie, Libertas Funding LLC, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (EG) (Entered: 09/11/2023) |
| 09/11/2023 | 29 | NOTICE of Appearance by Harry R. Thomasson, Jr on behalf of Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (aty to be noticed) (Thomasson, Harry) (Entered: 09/11/2023) |
| 09/11/2023 | 30 | AFFIDAVIT/DECLARATION in Opposition re 9 Emergency MOTION for Temporary Restraining Order Emergency MOTION for Preliminary Injunction Emergency MOTION for Permanent Injunction *Declaration of Anthony Deo* filed by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Attachments: # 1 Declaration of Harry Thomasson in further opposition to OSC, # 2 Exhibit A, Deo leases of Syosset and Amityville properties, # 3 Exhibit B, Aaronson email approval of Deo as owner on tax returns, # 4 Exhibit C, Superb Motors 2022 Financial Statement, # 5 Exhibit D, Deo audit inquiry to Superb CFO, # 6 Exhibit E, Superb mid-year 2023 P. & L. Statement, # 7 Exhibit F, NMAC negative review of 2022 Superb Financial Statement, # 8 Exhibit G, Plaintiffs' car list as marked up; Ex. H not uploadable, # 9 Exhibit I, August communications regarding direct contact between parties) (Thomasson, Harry) (Entered: 09/11/2023) |
| 09/11/2023 | 31 | AFFIDAVIT/DECLARATION in Opposition re 9 Emergency MOTION for Temporary Restraining Order Emergency MOTION for Preliminary Injunction Emergency MOTION for Permanent Injunction *Missing Exhibit H DMV Regulations Pertaining to NY Auto Dealerships* filed by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Thomasson, Harry) (Entered: 09/11/2023) |
| 09/12/2023 | 32 | NOTICE of Appearance by Peter Seiden on behalf of Jones, Little & Co., CPA's LLP (aty to be noticed) (Seiden, Peter) (Entered: 09/12/2023) |
| 09/12/2023 | 33 | NOTICE of Appearance by John Anthony Lentinello on behalf of Jones, Little & Co., CPA's LLP (aty to be noticed) (Lentinello, John) (Entered: 09/12/2023) |
| 09/12/2023 | 34 | Letter *regarding status of service to assist the Court ahead of this week's hearing* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah |

| | | Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) (Entered: 09/12/2023) |
|---|---|---|
| 09/13/2023 | 35 | NOTICE of Appearance by Thomas Baylis on behalf of Flushing Bank (aty to be noticed) (Baylis, Thomas) (Main Document 35 replaced on 9/13/2023) (JT). (Entered: 09/13/2023) |
| 09/13/2023 | 36 | NOTICE of Appearance by Ariel E. Ronneburger on behalf of Flushing Bank (aty to be noticed) (Ronneburger, Ariel) (Entered: 09/13/2023) |
| 09/13/2023 | 37 | Letter *response in opposition to Defendants' objections regarding service* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 09/13/2023) |
| 09/13/2023 | 38 | AFFIDAVIT/DECLARATION in Support re 9 Emergency MOTION for Temporary Restraining Order Emergency MOTION for Preliminary Injunction Emergency MOTION for Permanent Injunction *of Robert Anthony Urrutia* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - Next Gear Floor Plan Payoff Demand 9/15/2023, # 2 Exhibit B - Text Messages Exchanged Between Urrutia & Deo, # 3 Exhibit C - February 2023 Email Correspondence, # 4 Exhibit D - Shareholder Agreement Excerpts, # 5 Exhibit E - Stock Purchase Agreement Excerpts, # 6 Exhibit F - March 2023 Email Exchanges, # 7 Exhibit G - Redacted July 2023 Superb Statement, # 8 Exhibit H - July & August 2023 Email Exchange with NMAC, # 9 Exhibit I - February 2023 Email Exchange with Deo, # 10 Exhibit J - Titles to Superb's Vehicles, # 11 Exhibit K - Superb June 2023 YTD Financial Statement, # 12 Exhibit L - Gold Coast Motors Automotive Group Documents) (Kataev, Emanuel) (Entered: 09/13/2023) |
| 09/13/2023 | 39 | REPLY in Support re 9 Emergency MOTION for Temporary Restraining Order Emergency MOTION for Preliminary Injunction Emergency MOTION for Permanent Injunction filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 09/13/2023) |
| 09/14/2023 | 40 | AFFIDAVIT/DECLARATION in Support re 9 Emergency MOTION for Temporary Restraining Order Emergency MOTION for Preliminary Injunction Emergency MOTION for Permanent Injunction filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 09/14/2023) |
| 09/14/2023 | | SCHEDULING ORDER: A Telephone Conference is scheduled for **September 14, 2023 at 3:00 PM** before Magistrate Judge James M. Wicks. The parties should dial 1-866-434-5269 and enter access code9025281# at the prompt. So Ordered by Magistrate Judge James M. Wicks on 9/14/2023. (DF) (Entered: 09/14/2023) |
| 09/14/2023 | 41 | Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR TELEPHONE CONFERENCE. Counsel for Plaintiff: Jamie Scott Felsen, Emanuel Kataev. Counsel for Defendants (Anthony Deo, |

|  |  | Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): Harry R. Thomasson, Jr.. Counsel for Defendants (Jones, Little & Co., CPA's LLP): Peter Seiden. Telephone Conference held on 9/14/2023 at 3:00 PM. Judge Merchant has directed that parties appear before the undersigned for a settlement conference. The parties advised the Court that the conference would only involve issues related to the Temporary Restraining Order ("TRO") portion of the motion for preliminary injunction (ECF No. 9 ). Accordingly, parties are directed to submit concise settlement statements *ex parte* to the Chamber's email by **this evening**. These statements should contain: A recitation of each party's positions as to the cars, A history of settlement discussions, Perceived impediments to settlement, Realistic settlement positions and how they can be resolved, and Identity of client or client representatives with full authority to appear at the conference. A Settlement Conference has been scheduled for **September 15, 2023 at 10:30 AM** at the U.S. District Court, Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, New York. Parties shall comply with Judge Wicks Individual Practice Rules regarding Settlement Conferences (Rules §5). As discussed on the record, Jones, Little & Co., CPA's LLP as well as Flushing Bank and each of their respective counsel are excused from attending this conference. THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. (FTR Log #3:05-3:15 (Telephone).) (DF) (Entered: 09/14/2023) |
| 09/14/2023 |  | **Minute Entry** for proceedings held before Judge Orelia E. Merchant: Preliminary Injunction Hearing held on September 14, 2023. Appearances made by: plaintiffs' attorneys Emanuel Kataev and Jeffrey C. Ruderman and defendants' attorneys Harry R. Thomasson, Peter Seiden, and Ariel E. Ronneburger. Case called. Conference held. At the hearing, defense counsel for responding defendants, Attorney Thomasson, conceded that his clients had received notice of the application for preliminary injunctive relief (the "Application") through him and this notice was sufficient to proceed to argument on the merits of the application. Oral arguments on the Application were presented by Attorneys Kataev and Thomasson. Counsel for the other parties had an opportunity to be heard. The Court took the Application under advisement and reserved decision on an evidentiary hearing. The parties were also separately referred to Magistrate Judge Wicks to discuss potential settlement. The parties shall file a joint status report on the docket by 5:00 PM tomorrow, September 15, 2023, indicating their progress in that regard, whether the Application remains a live issue and, if so, the specific relief requested. If the parties report a settlement in principle, they should indicate whether they seek more time to draft a stipulation or related documents. (Court Reporter Charleane Heading.) (TPL) (Entered: 09/14/2023) |

| 09/14/2023 | 42 | Letter *to Hon. James W. Wicks, U.S.M.J. re: 9/15/23 10:30 AM settlement conference* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC (Ruderman, Jeffrey) (Entered: 09/14/2023) |
|---|---|---|
| 09/15/2023 | 43 | DECLARATION re 40 Affidavit in Support of Motion, *Declaration in Opposition to Emergency Motion* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Attachments: # 1 Declaration in Support, # 2 Exhibit Car List as Marked Up, # 3 Exhibit Proof of Plaintiffs' Knowledge of Dealerships, # 4 Exhibit Proof of Plaintiffs' Knowledge of Bank Account) (Thomasson, Harry) (Entered: 09/15/2023) |
| 09/15/2023 | 44 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 09/15/2023, before Mag. Judge James M. Wicks. Transcriber Transcriptions Plus II, Inc., Telephone number 917-817-2825. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/6/2023. Redacted Transcript Deadline set for 10/16/2023. Release of Transcript Restriction set for 12/14/2023.(CG) (Entered: 09/15/2023) |
| 09/15/2023 | 45 | Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR SETTLEMENT CONFERENCE. Counsel for Plaintiff: Emanuel Kataev, Esq. appearing with Robert Anthony Urrutia and Bruce Novicky. Counsel for Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): Harry R. Thomasson, Jr., Esq. appearing with Anthony Deo. Settlement Conference held on 9/15/2023 at 10:30 AM with counsel and their respective parties to attempt to resolve by stipulation a portion of the Temporary Restraining Order ("TRO") relating to the return of cars from defendants to plaintiffs. The parties stipulated on the record to the following relief on the TRO which supplements, and does not in any way impact, prior orders and directives issued by Judge Merchant in connection with the TRO: 1. Defendant will release thirty (30) vehicles to plaintiffs to be kept at plaintiffs' lot. The 30 vehicles consist of the following: two (2) Isuzu flatbed trucks; and twenty-eight (28) cars listed on the list at DE 30-8 ("List") indicated with "YES", with the exception of the 2023 Chevy Suburban with VIN ending "8675". These vehicles are to be returned to Plaintiffs' lot by today, **September 15, 2023**. Parties are to meet and confer as |

|  |  | to the method in which the vehicles shall be returned. 2. Plaintiffs will not sell or dispose any of the 30 vehicles during the period of the TRO. 3. Defendants will retain and not sell or dispose of the following vehicles on the List: 2023 Suburban ending in 8675; 2020 Mercedes-Benz ending in 4078; 2019 Land Rover Range Rover ending in 3297; 2017 Rolls Royce ending in 2728; 2016 Audi A6 ending in 9650; 2016 Audi Q5 ending in 0272. 4. This stipulated portion of the TRO remains in effect until the motion for a preliminary injunction is determined by Judge Merchant. 5. Defendants to provide proof of insurance to Plaintiffs for the two (2) "DEMO" cars. 6. Plaintiffs agree to turn over the two dealer plates used by Eugene and Landi in their possession. However, if the plates are *not* in their possession, Plaintiffs are to file an affidavit by the end of the day **today** stating such. 7. All other rights are reserved by the parties. THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. (FTR Log #11:31-11:41.) (DF) (Entered: 09/15/2023) |
|---|---|---|
| 09/17/2023 | 46 | Notice of MOTION for Leave to Electronically File Document under Seal *ECF Docket Entry 18-1* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 09/17/2023) |
| 09/17/2023 | 47 | MEMORANDUM in Support re 46 Notice of MOTION for Leave to Electronically File Document under Seal *ECF Docket Entry 18-1* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 09/17/2023) |
| 09/17/2023 | 48 | Letter MOTION for Extension of Time to File *motion for leave to electronically file document under seal as required by this Court's Order dated September 14, 2023, nunc pro tunc, pursuant to Fed. R. Civ. P. 6(b)(1)(B)* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 09/17/2023) |
| 09/19/2023 | 49 | SUMMONS Returned Executed by Joshua Aaronson, Team Auto Sales LLC, Island Auto Management, LLC, Superb Motors Inc., 446 Route 23 Auto LLC, 2519 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, Brian Chabrier, Robert Anthony Urrutia, 1581 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, Jory Baron, 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC. Flushing Bank served on 9/18/2022, answer due 10/9/2022. (Ruderman, Jeffrey) (Entered: 09/19/2023) |
| 09/19/2023 |  | ORDER granting 48 Motion for Extension of Time to File, *nunc pro tunc*. Ordered by Judge Orelia E. Merchant on 9/18/2023. (GM) (Entered: 09/19/2023) |
| 09/20/2023 | 50 | Letter MOTION to Strike 43 Declaration,, , Letter MOTION for Leave to File Document *in response to improperly filed sur-reply declaration in the alternative* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Declaration of Robert Anthony Urrutia, # 2 Exhibit A - email exchange with Deo, # 3 Exhibit B - email exchange with Flushing |

| | | Bank, # 4 Exhibit C - email exchange with Flushing Bank, # 5 Exhibit D - copy of operating agreement) (Kataev, Emanuel) (Entered: 09/20/2023) |
|---|---|---|
| 09/25/2023 | | ORDER denying 50 Letter MOTION to Strike 43 Declaration. The Court will consider both Defendants 9/15/2023 Declaration 43 and Plaintiffs 9/20/2023 Sur-Reply Declaration 50 . Ordered by Judge Orelia E. Merchant on 9/25/2023. (GM) (Entered: 09/25/2023) |
| 09/26/2023 | 51 | WAIVER OF SERVICE Returned Executed by UEA Premier Motors Corp., DLA Capital Partners Inc., Dwight Blankenship, Gold Coast Cars of Syosset LLC, Anthony Deo, Gold Coast Motors of Roslyn LLC, Car Buyers NYC Inc., Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Harry Thomasson, Gold Coast Motors of Smithtown LLC, Flushing Bank, Marc Merckling, Michael Laurie, Gold Coast Motors of LIC LLC, Sarah Deo. UEA Premier Motors Corp. waiver sent on 9/26/2023, answer due 11/27/2023; Dwight Blankenship waiver sent on 9/26/2023, answer due 11/27/2023; Gold Coast Cars of Syosset LLC waiver sent on 9/26/2023, answer due 11/27/2023; Anthony Deo waiver sent on 9/26/2023, answer due 11/27/2023; Gold Coast Motors of Roslyn LLC waiver sent on 9/26/2023, answer due 11/27/2023; Car Buyers NYC Inc. waiver sent on 9/26/2023, answer due 11/27/2023; Gold Coast Cars of Sunrise LLC waiver sent on 9/26/2023, answer due 11/27/2023; Gold Coast Motors Automotive Group LLC waiver sent on 9/26/2023, answer due 11/27/2023; Harry Thomasson waiver sent on 9/26/2023, answer due 11/27/2023; Gold Coast Motors of Smithtown LLC waiver sent on 9/26/2023, answer due 11/27/2023; Marc Merckling waiver sent on 9/26/2023, answer due 11/27/2023; Michael Laurie waiver sent on 9/26/2023, answer due 11/27/2023; Gold Coast Motors of LIC LLC waiver sent on 9/26/2023, answer due 11/27/2023; Sarah Deo waiver sent on 9/26/2023, answer due 11/27/2023. (Thomasson, Harry) (Entered: 09/26/2023) |
| 09/26/2023 | 52 | Letter MOTION for pre motion conference by Flushing Bank. (Baylis, Thomas) (Entered: 09/26/2023) |
| 09/26/2023 | 53 | WAIVER OF SERVICE Returned Executed by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP. Thomas Jones, CPA waiver sent on 9/19/2023, answer due 11/20/2023; Jones, Little & Co., CPA's LLP waiver sent on 9/19/2023, answer due 11/20/2023. (Seiden, Peter) (Entered: 09/26/2023) |
| 09/27/2023 | | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge James M. Wicks for all further proceedings. Magistrate Judge Steven Tiscione no longer assigned to case Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.Ordered by Chief Judge Margo K. Brodie on 9/27/2023. (AF) (Entered: 09/27/2023) |
| 09/28/2023 | 54 | INITIAL CONFERENCE SCHEDULING ORDER: An Initial Conference via Zoom will be held **October 17, 2023 at 12:30 PM** before Magistrate Judge James M. Wicks. The Court will email the Zoom invitation closer to the conference date. All counsel must attend. Counsel are directed to complete the attached Proposed 26(f) Scheduling Order and electronically file same with the Court no later than **October 10, 2023**. Should the parties wish to adopt a plan |

| | | |
|---|---|---|
| | | for discovery different from the structure in the discovery worksheet, they may do so only if they file a letter explaining why such a plan is appropriate in this case. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. So Ordered by Magistrate Judge James M. Wicks on 9/28/2023. (Attachments: # 1 Proposed Rule 26(f) Scheduling Order, # 2 JMW Individual Practice Rules) (DF) (Entered: 09/28/2023) |
| 09/29/2023 | | ORDER GRANTING in part and DENYING in part 46 Notice of MOTION for Leave to Electronically File Document under Seal ECF Docket Entry 18-1 without prejudice.

Plaintiff has submitted a 77-page exhibit containing multiple contracts and schedules between Plaintiff and its financier, NMAC, under seal maintaining that they all must be kept under seal.

However, this Circuit demands that sealing of judicial documents, such as this one, be narrowly tailored. *Lugosch v. Pyramid Co.*, 435 F.3d 110, 120 (2d Cir. 2006). A sealing request is "narrowly tailored" when it seeks to seal *only* that information that needs to be sealed in order to preserve higher values. *Susquehanna Int'l Grp. Ltd. v. Hibernia Express (Ireland) Ltd.*, 2021 U.S. Dist. LEXIS 151075, 2021 WL 3540221, at *4 (S.D.N.Y. Aug. 11, 2021). Portions of documents "with no apparent relation" to sensitive material generally should not be redacted or sealed. *Id.* (denying motion to seal where proposed redactions were "extensive" and covered non-commercially sensitive information). *Robinson v. De Niro*, 2022 U.S. Dist. LEXIS 124140, at *4 (S.D.N.Y. July 12, 2022).

Plaintiff maintains broadly that the Exhibit contains trade secrets, confidential business or commercial information, and is subject to a confidentiality agreement signed with NMAC. *See* 47 Superbs Memorandum of Law (describing the material to be sealed as "the information concerning [Superb's] business," "business and financial information," and the "financial information and confidential agreement"). *See* ECF 18-1 at 63-65 (NMAC Confidentiality Agreement).

As an initial matter, the general fact that commercial information may be important to the parties does not in itself automatically warrant sealing. *See In re Lifetrade Litig.*, 2022 WL 974448, at *1 (S.D.N.Y. Mar. 31, 2022) (granting and denying sealing where "[p]laintiffs main concern is that the documents have been designated as confidential between them and S&P and may be commercially sensitive to the parties."). |

Equally, the mere presence of a confidentiality agreement is not determinative of higher values requiring sealing of an entire document. *See Alexandria Real Estate Equities, Inc. v. Fair*, 2011 U.S. Dist. LEXIS 138455, 2011 WL 6015646, at *3 (S.D.N.Y. Nov. 30, 2011) ( "[T]he mere existence of a confidentiality agreement covering judicial documents is insufficient to overcome the First Amendment presumption of access.").

Upon the Court's review, much of the information contained in the exhibit is not in itself business or financial information that is beyond the First Amendment's reach. For example, the exhibit contains agreements covering Superb's promises to carry insurance, or use certain invoice presentment and payment systems, and many pages of boilerplate contractual definitions and language. ECF 18-1 at 66-75. Superb has not detailed anywhere in its submissions how such information serves "higher values" such that it should be sealed from the public's eye. Accordingly, Superb fails to carry the burden of narrow tailoring. Lastly, the Court notes that by Superb's own admission, its contracts and relationship with NMAC were ostensibly canceled on 9/18/2023. ECF 18-2; 9/15/23 Hearing Transcript 38:23. It is entirely unclear, then, the enforceability of such contracts, notwithstanding any language in the contracts to the contrary.

Nonetheless, the Court finds that at least certain information implicated by the Confidentiality Agreement should be redacted. Namely the "interest rates, loan amounts, maturity and curtailments, eligible vehicles, advances, capitalization guides, wholesale bonus, floor plan take-out." These items may be redacted wherever they may appear in the Exhibit.

By October 5, 2023, Superb shall file a renewed motion with the proposed redactions in the Exhibit. Should Superb wish to further seal portions of the exhibit it shall file an additional memorandum detailing exactly which portions and why sealing is warranted under the *Lugosch* standard.

Lastly, any motions for a protective order spanning the pendency of this litigation should be addressed to Magistrate Judge Wicks in compliance with his individual practice rules.

So Ordered by Judge Orelia E. Merchant on 9/29/2023. (GM) (Entered: 09/29/2023)

| 09/29/2023 | 55 | ORDER granting in part and denying in part 9 Motion for Preliminary Injunction; deferring ruling on 9 Motion for Permanent Injunction. See attached ruling for exact details and deadlines. Ordered by Judge Orelia E. Merchant on 9/29/2023. (CS) (Entered: 09/29/2023) |
| --- | --- | --- |
| 10/02/2023 | 56 | Letter *regarding injunctive relief awarded with request for clarification as to remaining vehicles* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Attachments: # 1 Declaration of compliance with this Court's Memorandum and Order on Preliminary Injunction dated September 29, 2023 (ECF Docket Entry 55), # 2 Exhibit A - list of remaining vehicles) (Kataev, Emanuel) (Entered: 10/02/2023) |

| 10/02/2023 | 57 | Letter *regarding delay in filing Declaration* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) (Entered: 10/02/2023) |
|---|---|---|
| 10/03/2023 | 58 | DECLARATION *OF COMPLIANCE and REQUESTING CLARIFICATION OF INJUNCTION DATED SEPTEMBER 29, 2023,* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson (Thomasson, Harry) (Entered: 10/03/2023) |
| 10/03/2023 | 59 | AFFIDAVIT/AFFIRMATION re 58 Declaration, *Exhibit A thereto,* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) (Entered: 10/03/2023) |
| 10/03/2023 | 60 | RESPONSE in Opposition re 52 Letter MOTION for pre motion conference filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 10/03/2023) |
| 10/03/2023 | 61 | Letter *in response to Flushing Bank's requested Pre-Motion Conference and Plaintiffs' response thereto* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) (Entered: 10/03/2023) |
| 10/05/2023 | 62 | Letter MOTION for Extension of Time to File *renewed motion to seal as set forth in this Court's Order dated September 29, 2023* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 10/05/2023) |
| 10/08/2023 | 63 | Letter *response in opposition to Deo Defendants' procedurally and substantively improper request (ECF Docket Entry 58) to avoid compliance with this Court's preliminary injunction (ECF Docket Entry 55)* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Attachments: # 1 Exhibit A - stipulated temporary restraining Order) (Kataev, Emanuel) (Entered: 10/08/2023) |
| 10/10/2023 | 64 | Letter *enclosing discovery plan pursuant to the Hon. James M. Wicks, U.S.M.J.'s Initial Conference Order dated September 28, 2023 (ECF Docket Entry 54)* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony |

| | | Urrutia (Attachments: # 1 Exhibit A - proposed discovery plan) (Kataev, Emanuel) (Entered: 10/10/2023) |
|---|---|---|
| 10/10/2023 | | ORDER granting 62 Motion for Extension of Time to File. Superb Plaintiffs renewed motion to seal is now due by October 31, 2023. So ordered by Judge Orelia E. Merchant on 10/10/2023. (GM) (Entered: 10/10/2023) |
| 10/11/2023 | | ORDER denying without prejudice 52 Motion for Pre Motion Conference by Flushing Bank regarding its anticipated Motion to Dismiss, in light of plaintiffs' anticipated filing of an amended complaint 60 . The parties are directed to address requests related to the timing of amended and/or responsive pleadings to Magistrate Judge Wicks. Further, matters related to compliance with the Preliminary Injunction 55 are hereby respectfully referred to Magistrate Judge Wicks. So Ordered by Judge Orelia E. Merchant on 10/11/2023. (GM) (Entered: 10/11/2023) |
| 10/12/2023 | | ORDER denying 9 Emergency MOTION for Permanent Injunction. A permanent injunction is the ultimate relief requested by plaintiffs in their Complaint 1 . See Compl. ¶¶ 262, 356, 357, 358. Thus, the Court will consider this request for relief in relation to its adjudication of plaintiffs claims. So Ordered by Judge Orelia E. Merchant on 10/12/2023. (GM) (Entered: 10/12/2023) |
| 10/13/2023 | 65 | AMENDED COMPLAINT pursuant to Fed. R. Civ. P. 15(a)(1)(B) against Dwight Blankenship, Car Buyers NYC Inc., DLA Capital Partners Inc., Anthony Deo, Sarah Deo, Flushing Bank, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Thomas Jones, CPA, Jones, Little & Co., CPA's LLP, Michael Laurie, Libertas Funding LLC, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp., J.P. Morgan Chase Bank, N.A., filed by Joshua Aaronson, Team Auto Sales LLC, Island Auto Management, LLC, Superb Motors Inc., 446 Route 23 Auto LLC, 2519 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, Brian Chabrier, Robert Anthony Urrutia, 1581 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, Jory Baron, 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC. (Attachments: # 1 Exhibit A - May 31, 2023 Transcript) (Kataev, Emanuel) (Entered: 10/13/2023) |
| 10/16/2023 | 66 | CONSENT to Jurisdiction by US Magistrate Judge by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 10/16/2023) |
| 10/16/2023 | 67 | Proposed Summons. by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory |

| | | |
|---|---|---|
| | | Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 10/16/2023) |
| 10/17/2023 | 68 | Summons Issued as to J.P. Morgan Chase Bank, N.A. (JC) (Entered: 10/17/2023) |
| 10/17/2023 | 69 | Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR INITIAL CONFERENCE. Counsel for Plaintiffs: Emanuel Kataev, Jeffrey C. Ruderman. Counsel for Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): No Appearance. Counsel for Defendants (Jones, Little & Co., CPA's LLP): Peter Seiden. Counsel for Defendant (Flushing Bank): Thomas Baylis. Counsel for Defendant (Libertas Funding LLC): Bonnie Golub. Initial Conference Hearing held on 10/17/2023 at 12:30 PM. Following discussion with counsel, the Court adopted the following Scheduling Order: November 17, 2023: Exchange of Rule 26(a)(1) disclosures; January 5, 2024: Motions to join new parties or amend the pleadings; January 15, 2024: Meet and confer regarding 30(b)(6) depositions; June 30, 2024: Completion of all fact discovery; July 15, 2024: Identification of case in chief experts and service of Rule 26 disclosures; August 15, 2024: Identification of rebuttal experts and service of Rule 26 disclosures; September 30, 2024: Close of all discovery, including experts; and November 1, 2024: Final date for parties to take the first step of summary judgment motion practice. Parties are also directed to bundle file the motion papers regarding the scope or clarification of the preliminary injunction in accordance with the undersigned's Individual Rules. A Status Conference has been scheduled for **May 7, 2024 at 9:00 AM** via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625. An in-person Final Pretrial Conference has been scheduled for **November 18, 2024 at 9:00 AM** to take place in Courtroom 1020 in the Central Islip Courthouse. A joint proposed pretrial order ("JPTO") in compliance with the Individual Practice Rules of the Hon. James M. Wicks, signed by counsel for each party, must be filed on ECF at least five (5) business days prior to this conference. If a motion for summary judgment is pending, the final pretrial conference will be cancelled and filing of the JPTO will be held in abeyance. THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. (FTR Log #12:39-12:57 (Video).) (DF) (Entered: 10/17/2023) |
| 10/17/2023 | | |

|  |  | Case no longer referred to Magistrate Judge James M. Wicks. (TPL) (Entered: 10/17/2023) |
|---|---|---|
| 10/17/2023 | 70 | CONSENT to Jurisdiction by US Magistrate Judge. Case reassigned to Magistrate Judge James M. Wicks for all further proceedings. Judge Orelia E. Merchant no longer assigned to case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (TPL) (Entered: 10/18/2023) |
| 10/19/2023 | 71 | Letter *concerning briefing schedule for Plaintiffs' motion to disqualify Harry R. Thomasson, Esq. as counsel for the Deo Defendants* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 10/19/2023) |
| 10/19/2023 | 72 | Letter MOTION for Leave to File Document *in accordance with this Court's October 17, 2023 minute Order requiring the parties to bundle file the motion papers regarding the scope or clarification of the preliminary injunction* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - Plaintiffs' October 2, 2023 letter motion for clarification, # 2 Exhibit B - Defendants' October 3, 2023 declaration of "compliance" with accompanying exhibit, # 3 Exhibit C - Plaintiffs' October 8, 2023 letter response in opposition) (Kataev, Emanuel) (Entered: 10/20/2023) |
| 10/20/2023 |  | ORDER. The Court is in receipt of Plaintiffs' briefing schedule request regarding their motion to disqualify Defendants' counsel (ECF No. 71 ). Since the Plaintiffs have already served the motion upon Defendants' counsel, the briefing schedule is as follows: opposition shall be served on Plaintiffs' counsel on or before **October 30, 2023** and any reply shall be served upon Defendants' counsel on or before **November 6, 2023**. Parties are to adhere to the undersigned's individual rules with regard to bundle filing the respective motion papers and file the documents on ECF once the last set of papers is served. So Ordered by Magistrate Judge James M. Wicks on 10/20/2023. (HM) (Entered: 10/20/2023) |
| 10/26/2023 | 73 | Letter MOTION for pre motion conference re 65 Amended Complaint,,,, by Flushing Bank. (Baylis, Thomas) (Entered: 10/26/2023) |
| 10/27/2023 |  | ORDER granting 73 Motion for Pre-Motion Conference. A Pre-Motion Conference has been scheduled for **November 20, 2023 at 3:00 PM via the Court's Zoom** before the undersigned. A Zoom link will be sent to the parties closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625. So Ordered by Magistrate Judge James M. Wicks on 10/27/2023. (HM) (Entered: 10/27/2023) |
|  |  |  |

| 10/27/2023 | 74 | Proposed Summons. by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC (Ruderman, Jeffrey) (Entered: 10/27/2023) |
|---|---|---|
| 10/30/2023 | 75 | Letter *to Magistrate Judge Wicks regarding Briefing Schedule* by Flushing Bank (Baylis, Thomas) (Entered: 10/30/2023) |
| 10/30/2023 | 76 | Summons Issued as to Dwight Blankenship, Car Buyers NYC Inc., DLA Capital Partners Inc., Anthony Deo, Sarah Deo, Flushing Bank, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, J.P. Morgan Chase Bank, N.A., Thomas Jones, CPA, Jones, Little & Co., CPA's LLP, Michael Laurie, Libertas Funding LLC, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (AMF) (Entered: 10/30/2023) |
| 10/31/2023 | | ORDER. In light of Flushing Bank's letter (ECF No. 75 ) and Flushing Bank's proposed schedule in ECF No. 73 , the Court adopts Flushing Bank's briefing schedule. Motion papers must be served on the proposed dates and bundle filed on ECF only once the reply (or last set of papers) has been served. Accordingly, the Pre-Motion Conference scheduled for November 20, 2023 is UNDERLINED CANCELLED. Oral Argument on Flushing Bank's motion has been scheduled for **January 25, 2024 at 10:00 AM in Courtroom 1020 in the Central Islip Courthouse** before the undersigned. So Ordered by Magistrate Judge James M. Wicks on 10/31/2023. (HM) (Entered: 10/31/2023) |
| 10/31/2023 | 77 | Letter MOTION for Leave to Electronically File Document under Seal *with renewed request to seal information solely related to wholesale payoffs and insurance, other than what the Hon. Orelia E. Merchant, U.S.D.J. has already permitted to be sealed in her September 29, 2023 Text Only Order,* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - proposed redacted agreement(s) with NMAC) (Kataev, Emanuel) (Entered: 10/31/2023) |
| 11/01/2023 | 78 | WAIVER OF SERVICE Returned Executed by Libertas Funding LLC. Libertas Funding LLC waiver sent on 10/17/2023, answer due 12/18/2023. (Golub, Bonnie) (Entered: 11/01/2023) |
| 11/01/2023 | | ORDER. The Court is in receipt of the parties' bundled motion for scope or clarification on the preliminary injunction (ECF No. 72 ). Accordingly, the parties are directed to appear in-person for oral argument on the motion on **November 9, 2023 at 12:30 PM in Courtroom 1020** in the Central Islip Courthouse before the undersigned. In addition, parties should be prepared to discuss whether a bond should be imposed in accordance with Fed. R. Civ. P. 65(c). So Ordered by Magistrate Judge James M. Wicks on 11/1/2023. (HM) (Entered: 11/01/2023) |
| 11/01/2023 | | ORDER. In connection with Plaintiffs' motion to seal (ECF No. 77 ), on or before **Friday, November 3, 2023**, Plaintiffs are directed to articulate the |

| | | |
|---|---|---|
| | | purpose of filing the sealed document and whether it is considered a judicial document. *See Lugosch v. Pyramid Co.*, 435 F.3d 110, 119 (2d Cir. 2006) ("Before any such common law right can attach, however, a court must first conclude that the documents at issue are indeed 'judicial documents.'") Defendants shall also file an opposition, if any, by that date. So Ordered by Magistrate Judge James M. Wicks on 11/1/2023. (HM) (Entered: 11/01/2023) |
| 11/02/2023 | 79 | Letter MOTION for Contempt by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 11/02/2023) |
| 11/02/2023 | 80 | AFFIDAVIT/DECLARATION in Support re 79 Letter MOTION for Contempt filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Felsen, Jamie) (Entered: 11/02/2023) |
| 11/02/2023 | 81 | Letter *to Magistrate Wicks in opposition to Plaintiffs' letter request for sanctions* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) (Entered: 11/02/2023) |
| 11/03/2023 | | ORDER. In light of the parties' recent filings, counsel should be directed to address the motion to clarify, motion to disqualify, and the motion for contempt at the Oral Argument scheduled for **November 9, 2023**. So Ordered by Magistrate Judge James M. Wicks on 11/3/2023. (HM) (Entered: 11/03/2023) |
| 11/03/2023 | 82 | Letter *submitted in accordance with this Court's Order dated November 1, 2023 in connection with the Superb Plaintiffs' renewed letter motion to seal* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 11/03/2023) |
| 11/04/2023 | 83 | Consent MOTION to Adjourn Conference *from 12:30 PM to 3:00 PM on Thursday, November 9, 2023* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 11/04/2023) |
| 11/05/2023 | | ORDER granting 77 Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Counsel shall redact the portions of the document already granted by the Hon. Orelia E. Merchant and redact and seal the discrete portions relating to wholesale payoffs and insurance. So Ordered by Magistrate Judge James M. Wicks on 11/5/2023. (HM) (Entered: 11/05/2023) |
| 11/05/2023 | | ORDER denying 83 Motion to Adjourn Conference. In light of the parties' letter to adjourn Oral Argument and the Court's further communications with the parties, the <u>in-person</u> Oral Argument currently scheduled for **November 9, 2023 at 12:30PM** remains as scheduled. Parties should be prepared to discuss the motions as stated in the undersigned's prior order dated November 3, 2023. |

| | | |
|---|---|---|
| | | So Ordered by Magistrate Judge James M. Wicks on 11/5/2023. (HM) (Entered: 11/05/2023) |
| 11/06/2023 | 85 | MOTION to Disqualify Counsel by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 86 | AFFIDAVIT/DECLARATION in Support re 85 MOTION to Disqualify Counsel *Declaration of Bruce Novicky* filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 87 | MEMORANDUM in Support re 85 MOTION to Disqualify Counsel filed by All Plaintiffs. (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 88 | AFFIDAVIT/DECLARATION in Opposition re 85 MOTION to Disqualify Counsel *Declaration of harry Thomasson, Esq.* filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 89 | AFFIDAVIT/DECLARATION in Opposition re 85 MOTION to Disqualify Counsel *Declaration of Anthony Deo* filed by All Plaintiffs. (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 90 | AFFIDAVIT/DECLARATION in Opposition re 85 MOTION to Disqualify Counsel *Declaration of Dwight Blankenship* filed by All Plaintiffs. (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 91 | AFFIDAVIT/DECLARATION in Opposition re 85 MOTION to Disqualify Counsel *Declaration of Michael Laurie* filed by All Plaintiffs. (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 92 | AFFIDAVIT/DECLARATION in Opposition re 85 MOTION to Disqualify Counsel *Declaration of Marc Merckling* filed by All Plaintiffs. (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 93 | AFFIDAVIT/DECLARATION in Opposition re 85 MOTION to Disqualify Counsel *Declaration of Sarah Deo* filed by All Plaintiffs. (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 94 | MEMORANDUM in Opposition re 85 MOTION to Disqualify Counsel filed by All Plaintiffs. (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 95 | AFFIDAVIT/DECLARATION in Support re 85 MOTION to Disqualify Counsel *Reply Declaration of Robert Anthony Urrutia* filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Felsen, Jamie) (Entered: 11/06/2023) |
| 11/06/2023 | 96 | REPLY in Support re 85 MOTION to Disqualify Counsel filed by All Plaintiffs. (Felsen, Jamie) (Entered: 11/06/2023) |
| | | |

| 11/09/2023 | 97 | Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR MOTION HEARING. Counsel for Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia): Emanuel Kataev. Counsel for Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC): Russell J. Shanks. Counsel for Defendants: (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): Harry R. Thomasson, Jr. Counsel for Defendants (Jones, Little & Co., CPA's LLP): Peter Seiden. Counsel for Defendant (Flushing Bank): Ariel R. Ronneburger. Counsel for Defendant (Libertas Funding LLC): No Appearance. Motion Hearing/Oral Argument/Oral Ruling held on November 9, 2023 at 12:30 PM regarding Letter Motion for Leave to File Document in accordance with the Court's October 17, 2023 Order (ECF No. 72 ); Letter Motion for Contempt (ECF No. 79 ) and Motion to Disqualify Counsel (ECF No. 85 ). Parties' arguments were heard. Motion for Leave to File Document in accordance with the Court's October 17, 2023 Order (ECF No. 72) is denied without prejudice with leave to renew. The relief sought seeks to modify, not clarify that which was ordered at ECF No. 55. Accordingly, to the extent the parties seek additional preliminary injunctive relief or modification of the existing order, a motion for such modification may be filed. The Court reserves decision on the Letter Motion for Contempt (ECF No. 79) and for disqualification (ECF No. 85). Defendants are directed to move the six (6) "Injuncted Deo Vehicles" identified in the Preliminary Injunction Order (ECF No. 55) to an independent licensed and insured vehicle storage facility on Long Island **on or before 5pm Tuesday, November 14, 2023**. Those six vehicles are: 2023 Chevrolet Suburban with a VIN # ending in "8675"; 2020 Mercedes-Benz GLE with a VIN # ending in "4078"; 2019 Land Rover Range Rover with a VIN # ending in "3297"; 2017 Rolls Royce with a VIN # ending in "2728"; 2016 Audi A6 with a VIN # ending in "9650"; and 2016 Audi Q5 with a VIN # ending in 0272. (ECF No. 55 at 29). Defendants' counsel shall file on ECF proof of storage of same with the Court. Defendants are to bear all expenses related to said storage, and the six Injuncted Deo Vehicles are *not* to be used or driven. The parties are also directed to file letter briefs to supplement the parties' positions on the Motion to Disqualify Counsel (ECF No. 85 ), particularly regarding the three cases identified on the record at Oral Argument on or before **November 20, 2023**. THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. (FTR Log #12:36-1:33 (FTR).) (DF) (Entered: 11/09/2023) |

| | | |
|---|---|---|
| 11/10/2023 | 98 | ORDER re 79 Motion for Contempt. As set forth in the attached Order, Plaintiffs' motion for contempt (ECF No. 79 ) is denied as is Plaintiffs' request for sanctions. Per this Court's prior Order issued at Oral Argument, all six (6) vehicles, including the two (2) DEMO vehicles are to be placed in an independent, licensed, and insured facility at the expense of the Deo Defendants and none are permitted to be driven or otherwise used, absent a court order to the contrary. (*See* ECF No. 97 .) So Ordered by Magistrate Judge James M. Wicks on 11/10/2023. (DF) (Entered: 11/10/2023) |
| 11/13/2023 | 99 | Corporate Disclosure Statement by Flushing Bank identifying Corporate Parent Flushing Financial Corporation for Flushing Bank. (Ronneburger, Ariel) (Entered: 11/13/2023) |
| 11/13/2023 | 100 | NOTICE of Appearance by Russell J. Shanks on behalf of 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC (aty to be noticed) (Shanks, Russell) (Entered: 11/13/2023) |
| 11/15/2023 | | ORDER. Deo Defendants' counsel was to file a letter with the Court advising whether the six (6) "Injuncted Deo Vehicles" have been moved to an independent licensed and insured vehicle storage facility by November 14, 2023. (ECF No. 97 .) However, to date, no such filing has been made. Accordingly, Defendants' counsel is to file a letter **by the end of the day today** certifying whether the 6 cars have been moved to the independent lot. Failure to do so may result in sanctions. So Ordered by Magistrate Judge James M. Wicks on 11/15/2023. (HM) (Entered: 11/15/2023) |
| 11/15/2023 | 101 | Letter MOTION for pre motion conference re 65 Amended Complaint,,,,, by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP. (Seiden, Peter) (Entered: 11/15/2023) |
| 11/15/2023 | 102 | Letter *Regarding Storage of Automobiles* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) (Entered: 11/15/2023) |
| 11/15/2023 | 103 | Letter *Addendum with additional information regarding insurance* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) (Entered: 11/15/2023) |
| 11/16/2023 | 104 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 11/09/2023, before Mag. Judge James M. Wicks. Transcriber Transcriptions |

|  |  |  |
|---|---|---|
|  |  | Plus II, Inc., Telephone number 917-817-2825. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/7/2023. Redacted Transcript Deadline set for 12/18/2023. Release of Transcript Restriction set for 2/14/2024.(CG) (Entered: 11/16/2023) |
| 11/16/2023 |  | ORDER. The Court is in receipt of the Thomas Jones, CPA and Jones, Little & co., CPAs LLP letter motion for a pre-motion conference (ECF No. 101 ). The parties are directed to meet and confer on a proposed briefing schedule, or otherwise confirm that the proposed briefing schedule in ECF No. 101 suits all relevant parties, and file a letter by **November 20, 2023** stating same. So Ordered by Magistrate Judge James M. Wicks on 11/16/2023. (HM) (Entered: 11/16/2023) |
| 11/20/2023 | 105 | Corporate Disclosure Statement by Jones, Little & Co., CPA's LLP (Seiden, Peter) (Entered: 11/20/2023) |
| 11/20/2023 | 106 | Letter *requested by Magistrate Wicks regarding disqualification* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) (Entered: 11/20/2023) |
| 11/20/2023 | 107 | Letter *to Judge re compliance with 11-16-23 Order* by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP (Seiden, Peter) (Entered: 11/20/2023) |
| 11/20/2023 | 108 | MEMORANDUM in Support re 85 MOTION to Disqualify Counsel *with supplemental letter brief in accordance with this Court's Order dated November 9, 2023* filed by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - November 9, 2023 oral argument transcript, # 2 Exhibit B - sampling of 49 of over 180 emails sent to Thomasson with sensitive & confidential information, # 3 Exhibit C - March 2023 correspondence between Thomasson, Deo, Urrutia, and Jones) (Kataev, Emanuel) (Entered: 11/20/2023) |
| 11/21/2023 | 109 | ORDER denying 101 Motion for Pre-Motion Conference. The Court finds no need to hold a pre-motion conference and instead adopts parties' proposed briefing schedule as set forth in ECF No. 107 . Parties shall serve the opposing party on those respective dates but shall file their own set of papers only once the reply papers are served on **January 29, 2024**. An in-person Oral Argument has been scheduled for **February 22, 2024 at 2:00 PM in Courtroom 1020** before the undersigned. Please see attached document for further details. So |

| | | Ordered by Magistrate Judge James M. Wicks on 11/21/2023. (HM) (Entered: 11/21/2023) |
|---|---|---|
| 11/25/2023 | 110 | MOTION for Order to Show Cause *to modify the preliminary injunction entered by the Hon. Orelia E. Merchant, U.S.D.J. on September 29, 2023 (ECF Docket Entry 55)* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) Modified on 5/9/2024 (DF). (Entered: 11/25/2023) |
| 11/25/2023 | 111 | MEMORANDUM in Support re 110 MOTION for Order to Show Cause *to modify the preliminary injunction entered by the Hon. Orelia E. Merchant, U.S.D.J. on September 29, 2023 (ECF Docket Entry 55)* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 11/25/2023) |
| 11/25/2023 | 112 | AFFIDAVIT/DECLARATION in Support re 110 MOTION for Order to Show Cause *to modify the preliminary injunction entered by the Hon. Orelia E. Merchant, U.S.D.J. on September 29, 2023 (ECF Docket Entry 55)* of Robert Anthony Urrutia filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - operative list of remaining forty-three (43) vehicles, # 2 Exhibit B - CarFax Report for Missing Vehicle, # 3 Exhibit C - May 2023 Correspondence with Deo regarding Missing Vehicle, # 4 Exhibit D - June 2023 Correspondence with Deo regarding Missing Vehicle, # 5 Exhibit E - Deal Recap for Another Missing Vehicle, # 6 Exhibit F - Proof of Ownership for Defendant Michael Laurie's Vehicle, # 7 Exhibit G - August 4, 2023 Capital Call Letter, # 8 Exhibit H - Twelve (12) Vehicles Owned by Team Auto Sales LLC) (Kataev, Emanuel) (Entered: 11/25/2023) |
| 11/26/2023 | | ORDER. In light of the Plaintiffs' Motion for Order to Show Cause to modify the preliminary injunction (ECF No. 110 ), the opposition shall be filed on or before **December 1, 2023** and the reply (if any) shall be filed on or before **December 5, 2023**. So Ordered by Magistrate Judge James M. Wicks on 11/26/2023. (HM) (Entered: 11/26/2023) |
| 11/29/2023 | 113 | NOTICE of Appearance by Bonnie Rae Golub on behalf of Libertas Funding LLC (aty to be noticed) (Golub, Bonnie) (Entered: 11/29/2023) |
| 11/29/2023 | 114 | Letter *requesting Pre-Motion Conference* by Dwight Blankenship, Car Buyers NYC Inc., DLA Capital Partners Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Attachments: # 1 Proposed Briefing Scheduling Order) (Thomasson, Harry) (Entered: 11/29/2023) |
| 11/30/2023 | | ORDER. Plaintiffs' opposition to Defendants' letter requesting a pre-motion conference (ECF No. 114 ) shall be filed on or before **December 8, 2023**. In addition, a Pre-Motion Conference has been scheduled for **December 13, 2023 at 11:00 AM via the Court's Zoom** before the undersigned. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If |

| | | |
|---|---|---|
| | | you would like to receive the Zoom invitation, please contact Judge Wicks's Courtroom Deputy at (631) 712-5625. So Ordered by Magistrate Judge James M. Wicks on 11/30/2023. (HM) (Entered: 11/30/2023) |
| 11/30/2023 | 115 | MOTION for Extension of Time to File: Letter *requesting additional time to oppose pending Order to Show Cause* by Dwight Blankenship, Car Buyers NYC Inc., DLA Capital Partners Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Thomasson, Harry) Modified on 12/1/2023 to change event type to Motion for Extension of Time to File (DF). (Entered: 11/30/2023) |
| 11/30/2023 | 116 | Letter *response in opposition to the Deo Defendants' letter motion for an extension of time* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 11/30/2023) |
| 12/01/2023 | | ORDER granting 115 Motion for Extension of Time to File. Deo Defendants shall file the opposition to the motion to modify the preliminary injunction on or before **December 4, 2023** and Plaintiffs shall file their reply on or before **December 6, 2023**. So Ordered by Magistrate Judge James M. Wicks on 12/1/2023. (HM) (Entered: 12/01/2023) |
| 12/01/2023 | 117 | MEMORANDUM ORDER RE 85 Motion to Disqualify Counsel. As set forth in the attached Memorandum Order, Plaintiffs' motion for disqualification of Harry R. Thomasson, Jr. as counsel for Defendants (ECF No. 85 ) is granted. This action is stayed until **January 2, 2024** to enable Defendants previously represented by Thomasson to obtain substitute counsel and file notices of appearances. A status conference will be held on **January 9, 2024 at 3:00 p.m.** in person in courtroom 1020 to address the pre-motion conference letter filed by the Deo Defendants (ECF No. 114 ) and the motion to modify the preliminary injunction (ECF No. 110 ). So Ordered by Magistrate Judge James M. Wicks on 12/1/2023. (DF) (Entered: 12/01/2023) |
| 12/05/2023 | | ORDER. In light of the Order on the Motion to Disqualify Counsel (ECF No. 117 ) which stayed the action until January 2, 2024, opposition to the motion to modify the preliminary injunction shall be filed on or before **January 7, 2024** and reply **January 8, 2024**. The Status Conference scheduled for January 9, 2024 remains in place, at which time the parties should be prepared to discuss (1) the motion to modify the preliminary injunction (ECF No. 110 ) and (2) the pre-motion letter for Defendants' anticipated motion to dismiss (ECF No. 114 ). So Ordered by Magistrate Judge James M. Wicks on 12/5/2023. (HM) (Entered: 12/05/2023) |
| 12/07/2023 | 118 | Joint MOTION to Amend/Correct/Supplement 75 Letter, Order on Motion for Pre Motion Conference,, Scheduling Order,, 109 Order on Motion for Pre Motion Conference,,, Scheduling Order,, by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua |

| | | |
|---|---|---|
| | | Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC. (Ruderman, Jeffrey) (Entered: 12/07/2023) |
| 12/08/2023 | | ORDER. In light of the Motion to Amend (ECF No. 118 ) and the stay (ECF No. 117 ) the briefing on the anticipated motions is as follows: (1) As to Flushing Bank's motion, since that has already been served on November 13, 2023, the briefing schedule as to Flushing Bank's motion to dismiss shall remain in place. Thus, the parties are still to bundle file the motion on or before **January 5, 2024**. (2) As to the other two anticipated motions from the Jones and Libertas Defendants, those papers need not be served and all briefing shall be held in abeyance until the January 9, 2024 Status Conference. (3) At the January 9 Conference, the Court will address a briefing schedule for the Jones and Libertas motions and the Deo Defendants should be prepared to discuss whether they intend to take a position on the Flushing Bank motion. (4) The Oral Arguments originally scheduled for January 25, 2024 and February 22, 2024 are <u>ADJOURNED</u> *sine die* and will be rescheduled during the January 9 Conference. So Ordered by Magistrate Judge James M. Wicks on 12/8/2023. (HM) (Entered: 12/08/2023) |
| 12/12/2023 | 119 | NOTICE of Appearance by Anthony Carmine Valenziano on behalf of J.P. Morgan Chase Bank, N.A. (aty to be noticed) (Valenziano, Anthony) (Entered: 12/12/2023) |
| 12/12/2023 | 120 | MOTION for Extension of Time to File Answer re 68 Summons Issued *Letter Motion Requesting Extension of Time to Respond to Complaint* by J.P. Morgan Chase Bank, N.A.. (Valenziano, Anthony) (Entered: 12/12/2023) |
| 12/12/2023 | 121 | Letter *to Magistrate Judge James M. Wicks* by Flushing Bank (Baylis, Thomas) (Entered: 12/12/2023) |
| 12/13/2023 | | ORDER granting 120 Motion for Extension of Time to Answer. Defendant JP Morgan Chase's time within which to respond to the complaint is hereby extended to and including January 19, 2024. In addition, the briefing schedule of Flushing Bank's anticipated motion to dismiss is held in abeyance and included within the stay issued by the court on 12/8/2023. The briefing schedules of all anticipated motions will be addressed at the January 9, 2024 conference. So Ordered by Magistrate Judge James M. Wicks on this 13th day of December, 2023. (Wicks, James) (Entered: 12/13/2023) |
| 12/14/2023 | 122 | Letter MOTION for Reconsideration re Order on Motion for Extension of Time to Answer,, *for Flushing Bank's request to include its motion to dismiss within the ambit of the December 1, 2023 stay* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 12/14/2023) |
| 12/14/2023 | 123 | Letter *in Opposition to Plaintiffs' Motion for Reconsideration of the Order granting Flushing Bank's request for the motion to dismiss and Plaintiffs'* |

| | | |
|---|---|---|
| | | *cross-motion to be included in the stay* by Flushing Bank (Ronneburger, Ariel) (Entered: 12/14/2023) |
| 12/15/2023 | | ORDER denying 122 Motion for Reconsideration. Plaintiffs' motion for reconsideration of this Court's Order staying Briefing on Flushing's motion to dismiss is hereby denied. "Reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Furthermore, reconsideration is appropriate in order to correct "clear error" or "manifest injustice". See Carpac v. Rubin & Rothman LLC, 10 F. Supp.3d 349 (E.D.N.Y. 2013). Such a motion is not simply an opportunity for a litigant to restate its position or present new or alternative theories that were not presented before. See Trans Pro Logistice Inc. v. Coby Elecs. Corp., No. 05 Civ. 1759, 2010 U.S. Dist. LEXIS 109902, 2010 WL 4065603, at *1 (E.D.N.Y. Oct. 15, 2010). It's simply not an opportunity for a "do-over". Volpe v. Ryder, 2022 WL 16553231 (E.D.N.Y. Oct. 31, 2022). Accordingly, since Plaintiffs have not identified any controlling authority or factual matters that the court may have overlooked, or that there was clear error or a manifest injustice, the application for reconsideration is denied. So Ordered by Magistrate Judge James M. Wicks on 12/15/2023. (Wicks, James) (Entered: 12/15/2023) |
| 12/22/2023 | 124 | Corporate Disclosure Statement by Libertas Funding LLC (Golub, Bonnie) (Entered: 12/22/2023) |
| 01/02/2024 | 125 | Letter *requesting additional time for replacement counsel to file Notice(s) of Appearance* by Harry Thomasson (Thomasson, Harry) (Entered: 01/02/2024) |
| 01/02/2024 | 126 | Letter *Pre-Motion Letter to Judge James M. Wicks M. Wicks* by Libertas Funding LLC (Golub, Bonnie) (Entered: 01/02/2024) |
| 01/04/2024 | | ORDER. In light of Defendant's letter (ECF No. 125 ), the stay in this case shall continue up to and including **January 5, 2024**. So Ordered by Magistrate Judge James M. Wicks on 1/4/2024. (HM) (Entered: 01/04/2024) |
| 01/05/2024 | 127 | Letter MOTION for pre motion conference by J.P. Morgan Chase Bank, N.A.. (Valenziano, Anthony) (Entered: 01/05/2024) |
| 01/05/2024 | 128 | Proposed Scheduling Order *to Pre-Motion Letter to Judge James M. Wicks M. Wicks at ECF No. 126* by Libertas Funding LLC (Golub, Bonnie) (Entered: 01/05/2024) |
| 01/05/2024 | 129 | MOTION to Appear by Telephone/Video *for Status Conference scheduled January 9, 2024 pursuant to Court Order docketed December 8, 2023* by Libertas Funding LLC. (Attachments: # 1 Declaration of Service) (Golub, Bonnie) (Entered: 01/05/2024) |
| 01/07/2024 | | ORDER granting 129 Motion to Appear by Telephone/Video. Counsel for Defendant Libertas Funding LLC is permitted to appear remotely via Zoom for the Status Conference on January 9, 2024. A Zoom link will be emailed to her closer to the conference date. So Ordered by Magistrate Judge James M. Wicks on 1/7/2024. (HM) (Entered: 01/07/2024) |

| 01/08/2024 | | ORDER. J.P. Morgan Chase Bank's recently filed pre-motion letter (ECF No. 127 ) will be discussed at the status conference on January 9, 2024. So Ordered by Magistrate Judge James M. Wicks on 1/8/2024. (HM) (Entered: 01/08/2024) |
| --- | --- | --- |
| 01/08/2024 | 130 | Letter MOTION to Appear by Telephone/Video *for the January 9, 2024, conference* by J.P. Morgan Chase Bank, N.A.. (Valenziano, Anthony) (Entered: 01/08/2024) |
| 01/08/2024 | | ORDER granting 130 Motion to Appear by Telephone/Video. In light of the concerns raised in the recent motion to appear remotely, the in-person status conference scheduled for tomorrow (1/9/24) is CONVERTED to a remote status conference to take place via the Court's Zoom. A Zoom link will be circulated to the parties shortly. So Ordered by Magistrate Judge James M. Wicks on 1/8/2024. (HM) (Entered: 01/08/2024) |
| 01/09/2024 | 131 | Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR STATUS CONFERENCE. Counsel for Plaintiffs: (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia): Emanuel Kataev (With Principle Bruce Novicky). Counsel for Plaintiffs: (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC): Jeffrey C. Ruderman. Counsel for Defendants: (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): Harry R. Thomasson, Jr. (Terminated Counsel). Counsel for Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP): Peter Seiden. Counsel for Defendants (Flushing Bank): Ariel E. Ronneburger, Thomas Baylis. Counsel for Defendants (Libertas Funding LLC): Bonnie Rae Golub, David Epstein (Represented Defendant in State Court Matter). Counsel for Defendants (J.P. Morgan Chase Bank, N.A.): Anthony Carmine Valenziano. Status Conference held on January 9, 2024 at 3:00 PM. All Defendants' motions to dismiss shall be served as follows: 1.Defendants shall serve all papers in support of the motions to dismiss the Amended Complaint on or before **February 9, 2024**. 2.Opposition to Defendants' motion to dismiss the Amended Complaint shall be served on or before **March 11, 2024**. 3.Defendants' reply papers, if any, in further support of the motions to dismiss shall be served on or before **April 1, 2024**. 4.Parties are to bundle file their respective papers on ECF on **April 2, 2024**. The parties are to arrange for courtesy copies of the served to be sent to Chambers as they are served upon each opposing party. A Scheduling Conference has been scheduled for **<u>January 26, 2024 at 10:30 AM</u>** via the Court's Video Zoom. The parties should be prepared to discuss an expedited six-month discovery schedule, given the issues raised in this case. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, |

| | | and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625. THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. (FTR Log #3:03-3:33 (Video).) (DF) (Entered: 01/10/2024) |
|---|---|---|
| 01/14/2024 | 132 | Request for Certificate of Default by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Attachments: # 1 Declaration in Support of Plaintiffs' Request for Certificate of Default, # 2 Proposed Order - Proposed Certificate of Default) (Kataev, Emanuel) (Entered: 01/14/2024) |
| 01/15/2024 | 133 | DECLARATION re 132 Request for Certificate of Default,, *with proof of mailing* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Attachments: # 1 Exhibit A - proof of mailing) (Kataev, Emanuel) (Entered: 01/15/2024) |
| 01/18/2024 | 134 | MEMORANDUM ORDER re 110 Motion for Order to Show Cause. As set forth in the attached Memorandum Order, the Court denies in part and grants in part Plaintiffs' motion for modification of the preliminary injunction (ECF No. 110 ). The Court directs the following: *First*, an evidentiary hearing for the 43 Remaining Vehicles is scheduled for **February 20, 2024 at 1:00 p.m.** in courtroom 1020. Proposed witness and exhibit lists shall be filed on ECF on or before **February 15, 2024**. *In addition* on or before **January 31, 2024**, Deo Defendants are to provide to Plaintiffs photographs of the vehicles' odometer readings along with a sworn affidavit, proof that the vehicles are in an enclosed facility, and proof of full vehicle insurance coverage and file proof on ECF. *Finally*, the parties shall meet and confer and file by **January 24, 2024**, a proposed joint schedule for discovery on an expedited six-month track, which will be addressed at the next Status Conference on January 26, 2024. So Ordered by Magistrate Judge James M. Wicks on 1/18/2024. (DF) (Entered: 01/18/2024) |
| 01/19/2024 | 135 | AFFIDAVIT of Service for January 18, 2024 Memorandum & Order served on Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Automotive Group LLC, Gold Coast Cars of LIC LLC, Gold Coast Cars of Roslyn LLC, Gold Coast |

| | | Cars of Smithtown LLC, UEA Premier Motors Corp., DLA Capital Partners Inc. on January 19, 2024, filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 01/19/2024) |
|---|---|---|
| 01/22/2024 | 136 | NOTICE of Appearance by Brooke Suarez on behalf of J.P. Morgan Chase Bank, N.A. (aty to be noticed) (Suarez, Brooke) (Entered: 01/22/2024) |
| 01/23/2024 | 137 | NOTICE of Appearance by Brian M. Levine on behalf of Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (aty to be noticed) (Levine, Brian) (Entered: 01/23/2024) |
| 01/24/2024 | 138 | SUMMONS Returned Executed by Joshua Aaronson, Team Auto Sales LLC, Island Auto Management, LLC, Superb Motors Inc., 446 Route 23 Auto LLC, 2519 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, Brian Chabrier, Robert Anthony Urrutia, 1581 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, Jory Baron, 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC. DLA Capital Partners Inc. served on 10/5/2023, answer due 10/26/2023. (Kataev, Emanuel) (Entered: 01/24/2024) |
| 01/24/2024 | 139 | Proposed Scheduling Order *submitted jointly by the parties pursuant to this Court's Orders dated January 9, 2024 and January 18, 2024 (ECF Docket Entries 131 & 134)* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) (Entered: 01/24/2024) |
| 01/25/2024 | 140 | **(VACATED as to all Defendants *except DLA CAPITAL PARTNERS INC.,*)**<br><br>Clerk's ENTRY OF DEFAULT: It appearing from the docket maintained in this action that defendants Dwight Blankenship, Car Buyers NYC Inc., DLA Capital Partners Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, and UEA Premier Motors Corp., have failed to appear or otherwise defend this action, the defaults of defendants Dwight Blankenship, Car Buyers NYC Inc., DLA Capital Partners Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, and UEA Premier Motors Corp., are hereby noted pursuant to Rule 55a of the Federal Rules of Civil Procedure. |

| | | (JT) Modified on 2/2/2024 to comply with Court Order dated 2/1/2024 (JT). (Entered: 01/25/2024) |
|---|---|---|
| 01/26/2024 | 141 | Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR SCHEDULING CONFERENCE. Counsel for Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia): Emanuel Kataev, Jamie Scott Felsen. Counsel for Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239 Hyland Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC): Jeffrey C. Ruderman. Counsel for Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): Brian M. Levine. Counsel for Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP): Peter Seiden. Counsel for Defendants (Flushing Bank): Ariel E. Ronneburger. Counsel for Defendant (Libertas Funding LLC): Bonnie Rae Golub, David Epstein (Represented Defendant in State Court Matter). Counsel for Defendants (J.P. Morgan Chase Bank, N.A.): Anthony Carmine Valenziano. Scheduling Conference held on 1/26/2024 at 10:30 AM. The Court adopted the parties' submitted schedule at ECF No. 139 , finalized at ECF No. 142 . In addition to the dates they provided, the Court designated the new final date for the first step of summary judgment motion practice as **September 6, 2024**. On or before **January 31, 2024**, Plaintiffs' counsel shall file a letter with the Court stating whether Plaintiffs agree stipulate to the vacatur of the entry of default (ECF No. 140 ) or require the Deo Defendants to move to vacate. Counsel for Defendants Thomas Jones, CPA, Jones, Little & Co., CPA's LLP; Counsel for Defendant Flushing Bank; Counsel for Defendant Libertas Funding LLC; and Counsel for Defendant J.P. Morgan Chase Bank, N.A. all presented oral applications requesting that their appearances be excused at the Evidentiary Hearing on February 20, 2024 at 1:00 PM in Courtroom 1020. The Court granted those Defendants' applications, but to the extent any of those parties become witnesses to the hearing, then their presence is not excused. The Status Conference previously scheduled for **May 7, 2024 at 9:00 AM** will remain in place and will proceed via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625. The Final Pretrial Conference scheduled for November 18, 2024 at 9:00 AM is **CHANGED** to **September 30, 2024 at 10:00 AM** at the United States District Courthouse, Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, New York. A joint proposed pretrial order ("JPTO") in compliance with the undersigned's Individual Practice Rules, signed by counsel for each party, must be filed on ECF at least five (5) business days prior to this conference. If a motion for summary judgment is pending, the final pretrial conference will be cancelled |

| | | and filing of the JPTO will be held in abeyance. THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. (FTR Log #10:32-10:48 (Video).) (DF) (Entered: 01/26/2024) |
|---|---|---|
| 01/26/2024 | 142 | SCHEDULING ORDER: Please See Order for Further Details. So Ordered by Magistrate Judge James M. Wicks on 1/26/2024. (DF) (Entered: 01/26/2024) |
| 01/29/2024 | 143 | NOTICE of Appearance by Emanuel Kataev on behalf of Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (notification declined or already on case) (Kataev, Emanuel) (Entered: 01/29/2024) |
| 01/31/2024 | 144 | MOTION to Withdraw Certificate of Default: Letter *requesting withdrawal of Plaintiffs' certificate of default against the Deo Defendants* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Kataev, Emanuel) Modified on 2/1/2024 to change event type to Motion to Withdraw (DF). (Entered: 01/31/2024) |
| 01/31/2024 | 145 | DECLARATION *of Anthony Deo* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Attachments: # 1 Exhibit Exhibit A - Photographs of Odometers, # 2 Exhibit Exhibit B - Photographs of Vehicles in an Enclosed Storage Facility, # 3 Exhibit Exhibit C - Insurance) (Levine, Brian) (Entered: 01/31/2024) |
| 02/01/2024 | | ORDER granting 144 Motion to Withdraw. The Clerk of the Court is directed to withdraw the certificate of default entered at ECF No. 140 , with the exception of Defendant DLA Capital Partners Inc.. So Ordered by Magistrate Judge James M. Wicks on 2/1/2024. (HM) Modified on 2/2/2024 to add additional docket entry text (DF). (Entered: 02/01/2024) |
| 02/15/2024 | 146 | NOTICE of Appearance by Nicole Marie Koster on behalf of Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (aty to be noticed) (Koster, Nicole) (Entered: 02/15/2024) |
| 02/15/2024 | 147 | Exhibit List *for Evidentiary Hearing on the Motion to Modify the Preliminary Injunction* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Koster, Nicole) (Entered: 02/15/2024) |
| 02/15/2024 | 148 | Witness List by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Koster, Nicole) (Entered: 02/15/2024) |

| 02/15/2024 | [149](#) | Exhibit List *for Evidentiary Hearing Scheduled for February 20, 2024* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Levine, Brian) (Entered: 02/15/2024) |
|---|---|---|
| 02/15/2024 | [150](#) | Witness List by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Levine, Brian) (Entered: 02/15/2024) |
| 02/20/2024 | [151](#) | Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR EVIDENTIARY HEARING. Counsel for Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia): Emanuel Kataev, Jamie Scott Felsen. Counsel for Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC): **Excused**. Counsel for Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): Brian M. Levine. Counsel for Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP): **Excused**. Counsel For Defendants (Flushing Bank): **Excused** Counsel For Defendant (Libertas Funding LLC): **Excused**. Counsel For Defendants (J.P. Morgan Chase Bank, N.A.): **Excused**. Court Reporter: Paul Lombardi. Evidentiary Hearing held on 2/20/2024 at 1:00 PM. Parties' arguments were heard. Witnesses for both parties were called and sworn; testimony given. Parties rested. Exhibits were entered into evidence. The Court directed the parties to order the transcript from today's Evidentiary Hearing. On or before **March 22, 2024**, the parties are directed to file any post hearing submissions and describe the impact on the preliminary injunction order entered into by Judge Orelia E. Merchant (ECF No. [55](#) ). (Court Reporter Paul Lombardi.) (DF) (Entered: 02/20/2024) |
| 02/20/2024 | [163](#) | Exhibit and Witness List from Evidentiary Hearing held on February 20, 2024. (DF) (Entered: 04/01/2024) |
| 02/28/2024 | [152](#) | Letter MOTION for Contempt by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Attachments: # [1](#) Declaration of Anthony Deo in |

| | | |
|---|---|---|
| | | Support, # 2 Exhibit A - Photographs of the 215 Northern Boulevard Location, # 3 Exhibit B - Selling Facility Search Results (Peak), # 4 Exhibit C - Selling Facility Search Results (Superb), # 5 Exhibit D - Wholesale License List for Nassau County, # 6 Exhibit E - Retail License List (Letters S & T), # 7 Exhibit F - VerifiNY Pages, # 8 Exhibit G - Superb Injuncted Vehicle Search Results, # 9 Exhibit H - Deo Vehicle Search Results) (Levine, Brian) (Entered: 02/28/2024) |
| 02/29/2024 | | ORDER. The Court is in receipt of the Deo Defendants' motion for contempt against the Superb Plaintiffs (ECF No. 152 ). Any opposition to the motion shall be filed on or before **March 8, 2024** and any replies shall be filed on or before **March 15, 2024**. So Ordered by Magistrate Judge James M. Wicks on 2/29/2024. (HM) (Entered: 02/29/2024) |
| 03/01/2024 | 153 | Letter MOTION for Extension of Time to File Response/Reply as to Order, by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 03/01/2024) |
| 03/03/2024 | | ORDER granting 153 Motion for Extension of Time to File Response/Reply. In light of the representations made in (ECF No. 153 ): (1) Plaintiffs shall have until **March 18, 2024** to meet and confer with Defendants regarding the motion for contempt and file an opposition within that time if necessary. Any replies shall be filed on or before **March 25, 2024**. (2) Plaintiffs shall serve any opposition to the remaining motions to dismiss on or before **March 29, 2024**. Any replies must be served on or before **April 19, 2024**. The parties are to bundle file their respective papers on ECF on April 19, 2024 and are to arrange for courtesy copies of the served papers to be sent to Chambers as they are served upon each opposing party. So Ordered by Magistrate Judge James M. Wicks on 3/3/2024. (HM) Modified on 3/4/2024 to edit docket entry text (DF). (Entered: 03/03/2024) |
| 03/18/2024 | 154 | RESPONSE in Opposition re 152 Letter MOTION for Contempt filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit - Transcript of Proceedings Held on September 14, 2023) (Kataev, Emanuel) (Entered: 03/18/2024) |
| 03/18/2024 | 155 | AFFIDAVIT/DECLARATION in Opposition re 152 Letter MOTION for Contempt *of Bruce Novicky* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - proof that vehicles were returned to Superb) (Kataev, Emanuel) (Entered: 03/18/2024) |
| 03/22/2024 | 156 | Proposed Findings of Fact by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Attachments: # 1 Exhibit Ex A - Transcript from February 20, 2024 Evidentiary Hearing) (Levine, Brian) (Entered: 03/22/2024) |
| 03/22/2024 | 157 | Proposed Findings of Fact by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 |

| | | |
|---|---|---|
| | | Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Declaration) (Felsen, Jamie) (Entered: 03/22/2024) |
| 03/25/2024 | 158 | REPLY in Support *of Letter Motion for Contempt* filed by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Attachments: # 1 Declaration Reply Declaration of Brian M. Levine, Esq., # 2 Exhibit A - Certified DMV Records, # 3 Exhibit B - Organized DMV Records with Plaintiffs' Alleged Supplemental Assignments) (Levine, Brian) (Entered: 03/25/2024) |
| 03/25/2024 | 159 | RESPONSE in Opposition re 152 Letter MOTION for Contempt *supplemental response with request for leave to submit same* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 03/25/2024) |
| 03/28/2024 | 160 | MOTION for Leave to File Excess Pages by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 03/28/2024) |
| 03/28/2024 | 161 | RESPONSE in Opposition re 160 MOTION for Leave to File Excess Pages filed by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Levine, Brian) (Entered: 03/28/2024) |
| 03/29/2024 | 162 | REPLY in Support re 160 MOTION for Leave to File Excess Pages filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 03/29/2024) |
| 03/29/2024 | | ORDER granting 160 Motion for Leave to File Excess Pages. The Plaintiffs' request to file up to five (5) excess pages for their memorandum of law in opposition to the four (4) sets of motions to dismiss filed by all Defendants is **granted**. So Ordered by Magistrate Judge James M. Wicks on 3/29/2024. (HM) (Entered: 03/29/2024) |
| 04/02/2024 | 164 | Fully Briefed MOTION to Dismiss for Failure to State a Claim by Libertas Funding LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Certification of Bonnie R. Golub, Esquire, # 5 Proposed Order, # 6 Certificate of Service) (Golub, Bonnie) (Entered: 04/02/2024) |
| 04/03/2024 | | ORDER. In-person Oral Argument on the Defendants' motions to dismiss and the respective oppositions shall take place on **June 10, 2024 at 3:00 PM in Courtroom 1020** before the undersigned in the Central Islip Courthouse. So Ordered by Magistrate Judge James M. Wicks on 4/3/2024. (HM) (Entered: 04/03/2024) |
| 04/05/2024 | 165 | |

| | | |
|---|---|---|
| | | Letter MOTION for Extension of Time to File Response/Reply *as to Order* by Flushing Bank. (Ronneburger, Ariel) (Entered: 04/05/2024) |
| 04/08/2024 | 166 | MOTION to Adjourn Conference by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 04/08/2024) |
| 04/10/2024 | | ORDER granting 165 Motion for Extension of Time to File Response/Reply. The parties' briefing schedule on the motions for leave to amend the Complaint is set forth as follows: (1) Any opposition to the second cross-motion for leave to amend and any replies in support of the motion to dismiss shall be served on or before **April 30, 2024**; (2) Plaintiffs' reply to the first motion for leave to amend shall also be served on **April 30, 2024**; (3) Plaintiffs' reply to the second cross-motion for leave to amend shall be served on or before **May 13, 2024**; and (4) all motion papers shall be electronically bundle filed on or before **May 14, 2024**. So Ordered by Magistrate Judge James M. Wicks on 4/10/2024. (HM) (Entered: 04/10/2024) |
| 04/11/2024 | | ORDER granting 166 Motion to Adjourn Conference. The Oral Argument originally scheduled for June 10, 2024 has been **RESCHEDULED** for **June 21, 2024 at 12:00 PM in Courtroom 1020 in the Central Islip Courthouse** before the undersigned. So Ordered by Magistrate Judge James M. Wicks on 4/11/2024. (HM) Modified on 4/11/2024 (DF). (Entered: 04/11/2024) |
| 04/30/2024 | 167 | Letter MOTION for Leave to File Document *in excess of the word count limit for Plaintiffs' reply in further support of their motion for leave to amend the pleadings vis-a-vis Defendant Flushing Bank's motion to dismiss* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 04/30/2024) |
| 04/30/2024 | 168 | MOTION to Dismiss for Failure to State a Claim by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP. (Lentinello, John) (Entered: 04/30/2024) |
| 04/30/2024 | 169 | AFFIDAVIT/DECLARATION in Support re 168 MOTION to Dismiss for Failure to State a Claim filed by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP. (Attachments: # 1 Exhibit First Amended Complaint, # 2 Exhibit JLC's Notice of Appearance, # 3 Exhibit JLC's Pre Motion Letter, # 4 Exhibit Judge Wick's Order, # 5 Exhibit Declaration of Thomas Jones, CPA) (Lentinello, John) (Entered: 04/30/2024) |
| 04/30/2024 | 170 | AFFIDAVIT/DECLARATION in Support re 168 MOTION to Dismiss for Failure to State a Claim *of Thomas Jones, CPA* filed by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP. (Attachments: # 1 Exhibit Plaintiff's First Amended Complaint, # 2 Exhibit Email from Kendra Kernizant, # 3 Exhibit 7.7.2023 Email from JLC, # 4 Exhibit 7.13.2023 Email chain from JLC, # 5 Exhibit -December 2022 financial figures for Superb, # 6 Exhibit Invoices sent to Superb Motors) (Lentinello, John) (Entered: 04/30/2024) |
| | | |

| 04/30/2024 | 171 | MEMORANDUM in Support re 168 MOTION to Dismiss for Failure to State a Claim filed by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP. (Lentinello, John) (Entered: 04/30/2024) |
| --- | --- | --- |
| 05/01/2024 | | ORDER granting 167 Motion for Leave to File. Plaintiffs' reply shall not exceed 3,600 words. So Ordered by Magistrate Judge James M. Wicks on 5/1/2024. (HM) (Entered: 05/01/2024) |
| 05/06/2024 | | ORDER. The Status Conference scheduled for **tomorrow, May 7, 2024** is <u>CANCELLED</u>. On or before **June 1, 2024**, the parties are to submit a joint status report outlining the status of discovery. So Ordered by Magistrate Judge James M. Wicks on 5/6/2024. (HM) (Entered: 05/06/2024) |
| 05/08/2024 | 172 | MEMORANDUM AND ORDER re 110 Motion for Order to Show Cause and re 152 Motion for Contempt. As set forth in the attached Memorandum and Order, Plaintiffs' motion for modification of the preliminary injunction (ECF No. 110 ) is granted in part and denied in part and Defendants' motion for contempt (ECF No. 152 ) is granted in part and denied in part as follows: **1.Plaintiffs' Motion for a Modification of the Preliminary Injunction Order** a. Evidentiary Hearing: Return 43 Vehicles to Superb: *Denied* b. Sell the *Superb* Injuncted Vehicles and Retain Proceeds: *Granted* c. Return Deo Vehicles: *Denied* d. Require Deo's Cooperation in Winding Up: *Granted* e.Lifting the Injunction on the Other Vehicles: *Denied* **2. Defendants' Motion for Contempt** a.Finding Plaintiffs in Contempt: *Denied* b. Returning the Superb Vehicles: *Denied as Moot* c. Delivering Titles of the Superb Vehicles to a Court-Appointed Third-Party: *Denied* d. Directing Plaintiffs to: i.Store the Vehicles in an Independent Storage Unit: *Denied* ii. File Proof of Insurance: *Granted* iii. Provide Date Stamped Odometer Reading Photos: *Granted* e. Awarding Costs, Fees, and Monetary Sanctions: *Denied*. So Ordered by Magistrate Judge James M. Wicks on 5/8/2024. (DF) (Entered: 05/09/2024) |
| 05/11/2024 | 173 | Consent MOTION to Adjourn Conference *Oral Argument Scheduled for June 21, 2024* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC. (Ruderman, Jeffrey) (Entered: 05/11/2024) |
| 05/13/2024 | 174 | Letter MOTION for Leave to File Document *in excess of the word count limit for Plaintiffs' reply memorandum of law in further support of their cross-motion for leave to file amended pleadings vis-a-vis the remaining Defendants' motions to dismiss* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/13/2024) |
| 05/13/2024 | | ORDER granting 173 Motion to Adjourn Conference. In light of the representations in ECF No. 173 ), the <u>in-person</u> Oral Argument originally set |

| | | |
|---|---|---|
| | | for June 21, 2024 has been <u>RESCHEDULED</u> for **July 10, 2024 at 10:00 AM in Courtroom 1020** before the undersigned. So Ordered by Magistrate Judge James M. Wicks on 5/13/2024. (HM) (Entered: 05/13/2024) |
| 05/14/2024 | | ORDER granting <u>174</u> Motion for Leave to File. Plaintiffs' reply memorandum in further support of their cross-motion for leave to amend the pleadings shall not exceed **10,000 words**. So Ordered by Magistrate Judge James M. Wicks on 5/14/2024. (HM) (Entered: 05/14/2024) |
| 05/14/2024 | <u>175</u> | MOTION to Dismiss for Failure to State a Claim by Flushing Bank. (Attachments: # <u>1</u> Declaration of Ariel Ronneburger, # <u>2</u> Exhibit A - Amended Complaint, # <u>3</u> Memorandum in Support) (Ronneburger, Ariel) (Entered: 05/14/2024) |
| 05/14/2024 | <u>176</u> | MOTION to Dismiss for Failure to State a Claim by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Attachments: # <u>1</u> Memorandum in Support in Support of Motion to Dismiss, # <u>2</u> Declaration of Brian M. Levine, Esq., # <u>3</u> Exhibit A) (Levine, Brian) (Entered: 05/14/2024) |
| 05/14/2024 | <u>177</u> | MOTION to Dismiss for Failure to State a Claim by J.P. Morgan Chase Bank, N.A.. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Declaration of Anthony C. Valenziano, Esq., # <u>3</u> Exhibit A to Valenziano Certification (Plaintiff's First Amended Complaint), # <u>4</u> Proposed Order) (Valenziano, Anthony) (Entered: 05/14/2024) |
| 05/14/2024 | <u>178</u> | Notice of MOTION for Leave to File Document *; notice of cross-motion for leave to amend pleadings vis-a-vis Flushing Bank's motion to dismiss* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/14/2024) |
| 05/14/2024 | <u>179</u> | MEMORANDUM in Opposition re <u>175</u> MOTION to Dismiss for Failure to State a Claim *by Flushing Bank*, MEMORANDUM in Support re <u>178</u> Notice of MOTION for Leave to File Document *; notice of cross-motion for leave to amend pleadings vis-a-vis Flushing Bank's motion to dismiss* filed by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/14/2024) |
| 05/14/2024 | <u>180</u> | |

| | | |
|---|---|---|
| | | AFFIDAVIT/DECLARATION in Support re 178 Notice of MOTION for Leave to File Document ; *notice of cross-motion for leave to amend pleadings vis-a-vis Flushing Bank's motion to dismiss* filed by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - Plaintiffs' Proposed Second Amended Complaint in red-line) (Kataev, Emanuel) (Entered: 05/14/2024) |
| 05/14/2024 | 181 | Notice of MOTION for Leave to File Document ; *notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/14/2024) |
| 05/14/2024 | 182 | MEMORANDUM in Opposition re 164 Fully Briefed MOTION to Dismiss for Failure to State a Claim , 168 MOTION to Dismiss for Failure to State a Claim , 177 MOTION to Dismiss for Failure to State a Claim , 176 MOTION to Dismiss for Failure to State a Claim *by remaining Defendants*, MEMORANDUM in Support re 181 Notice of MOTION for Leave to File Document ; *notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss* filed by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/14/2024) |
| 05/14/2024 | 183 | AFFIDAVIT/DECLARATION in Opposition re 164 Fully Briefed MOTION to Dismiss for Failure to State a Claim , 176 MOTION to Dismiss for Failure to State a Claim , 168 MOTION to Dismiss for Failure to State a Claim , 177 MOTION to Dismiss for Failure to State a Claim *by remaining Defendants*, AFFIDAVIT/DECLARATION in Support re 181 Notice of MOTION for Leave to File Document ; *notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss* filed by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - Plaintiffs' Proposed Third Amended Complaint ("TAC"), # 2 Exhibit B - |

| | | Redline of Plaintiffs' First Amended Complaint & TAC, # 3 Exhibit C - Redline of Plaintiffs' Second Amended Complaint & TAC) (Kataev, Emanuel) (Entered: 05/14/2024) |
|---|---|---|
| 05/14/2024 | 184 | MEMORANDUM in Opposition re 178 Notice of MOTION for Leave to File Document ; *notice of cross-motion for leave to amend pleadings vis-a-vis Flushing Bank's motion to dismiss* filed by Flushing Bank. (Ronneburger, Ariel) (Entered: 05/14/2024) |
| 05/14/2024 | 185 | AFFIDAVIT/DECLARATION in Opposition re 181 Notice of MOTION for Leave to File Document ; *notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss* filed by Flushing Bank. (Attachments: # 1 Exhibit A - Flushing Bank's Memorandum of Law in Support of its Motion to Dismiss, # 2 Exhibit B - Flushing Bank's Memorandum of Law in Further Support of its Motion to Dismiss First Amended Complaint and in Opposition to Plaintiff's Cross-Motion to Amended their First Amended Complaint) (Ronneburger, Ariel) (Entered: 05/14/2024) |
| 05/14/2024 | 186 | MEMORANDUM in Opposition re 181 Notice of MOTION for Leave to File Document ; *notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss* filed by Flushing Bank. (Ronneburger, Ariel) (Entered: 05/14/2024) |
| 05/14/2024 | 187 | MEMORANDUM in Opposition re 181 Notice of MOTION for Leave to File Document ; *notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss*, 182 Memorandum in Opposition,,,, Memorandum in Support,,, 164 Fully Briefed MOTION to Dismiss for Failure to State a Claim *Opposition of Defendant Libertas Funding LLC to Plaintiffs' Cross Motion for Leave to Further Amend Complaint* filed by Libertas Funding LLC. (Attachments: # 1 Proposed Order) (Golub, Bonnie) (Entered: 05/14/2024) |
| 05/14/2024 | 188 | MEMORANDUM in Opposition re 183 Affidavit in Opposition to Motion,,,,,, Affidavit in Support of Motion,,,,, 181 Notice of MOTION for Leave to File Document ; *notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss*, 182 Memorandum in Opposition,,,, Memorandum in Support,,, 176 MOTION to Dismiss for Failure to State a Claim , MEMORANDUM in Opposition re 183 Affidavit in Opposition to Motion,,,,,, Affidavit in Support of Motion,,,,, 181 Notice of MOTION for Leave to File Document ; *notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss*, 182 Memorandum in Opposition,,,, Memorandum in Support,,, 176 MOTION to Dismiss for Failure to State a Claim filed by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Levine, Brian) (Entered: 05/14/2024) |
| 05/14/2024 | 189 | |

| | | REPLY in Support re 177 MOTION to Dismiss for Failure to State a Claim filed by J.P. Morgan Chase Bank, N.A.. (Valenziano, Anthony) (Entered: 05/14/2024) |
|---|---|---|
| 05/14/2024 | 190 | MEMORANDUM in Opposition re 181 Notice of MOTION for Leave to File Document *; notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss* filed by J.P. Morgan Chase Bank, N.A.. (Valenziano, Anthony) (Entered: 05/14/2024) |
| 05/14/2024 | 191 | MEMORANDUM in Opposition re 181 Notice of MOTION for Leave to File Document *; notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss* filed by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP. (Lentinello, John) (Entered: 05/14/2024) |
| 05/14/2024 | 192 | REPLY in Support re 168 MOTION to Dismiss for Failure to State a Claim filed by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP. (Lentinello, John) (Entered: 05/14/2024) |
| 05/14/2024 | 193 | REPLY in Support re 178 Notice of MOTION for Leave to File Document *; notice of cross-motion for leave to amend pleadings vis-a-vis Flushing Bank's motion to dismiss* filed by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/14/2024) |
| 05/14/2024 | 194 | REPLY in Support re 181 Notice of MOTION for Leave to File Document *; notice of cross-motion for leave to file amended pleadings vis-a-vis remaining Defendants' motions to dismiss* filed by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/14/2024) |
| 05/20/2024 | 195 | MOTION to Adjourn Conference by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 05/20/2024) |
| 05/21/2024 | | ORDER granting 195 Motion to Adjourn Conference. In light of the representations in ECF No. 195 , the oral argument scheduled for July 10, 2024 is **ADJOURNED** *sine die*. So Ordered by Magistrate Judge James M. Wicks on 5/21/2024. (HM) (Entered: 05/21/2024) |
| 06/02/2024 | 196 | MOTION for Protective Order: STATUS REPORT by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Attachments: # 1 Exhibit 1) (Felsen, Jamie) Modified on 6/3/2024 to change Event Type to Motion for Protective Order (DF). (Entered: 06/02/2024) |
| 06/03/2024 | 197 | |

| | | |
|---|---|---|
| | | ORDER granting 196 Motion for Confidentiality Order. The Confidentiality Order is So Ordered. Please see attachment for further details. So Ordered by Magistrate Judge James M. Wicks on 6/3/2024. (HM) (Entered: 06/03/2024) |
| 09/16/2024 | 198 | MOTION for Extension of Time to Complete Discovery by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 09/16/2024) |
| 09/17/2024 | | ORDER. In light of the representations in the recently filed motion (ECF No. 198 ), a Status Conference has been scheduled for **September 24, 2024 at 2:00 PM via the Court's Zoom** before the undersigned. A Zoom link will be sent to counsel closer to the conference date. So Ordered by Magistrate Judge James M. Wicks on 9/17/2024. (HM) (Entered: 09/17/2024) |
| 09/18/2024 | | ORDER: In light of the pending Motion for Extension of Time to Complete Discovery and the Status Conference scheduled for September 24, 2024 at 2:00 PM before the undersigned, the Final Pretrial Conference scheduled for September 30, 2024 at 10:00 AM is hereby **adjourned** *sine die*. So Ordered by Magistrate Judge James M. Wicks on 9/18/2024. (DF) (Entered: 09/18/2024) |
| 09/24/2024 | 199 | Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR STATUS CONFERENCE: Counsel for Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia): Jamie Scott Felsen, Emanuel Kataev. Counsel for Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC): Jeffrey C. Ruderman. Counsel for Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): Brian M. Levine. Counsel for Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP): John Anthony Lentinello. Counsel for Defendants (Flushing Bank): Ariel E. Ronneburger. Counsel for Defendant (Libertas Funding LLC): Bonnie Rae Golub. Counsel for Defendants (J.P. Morgan Chase Bank, N.A.): Anthony Carmine Valenziano. Status Conference held on September 24, 2024 at 2:00 PM. All discovery dates and deadlines are held in abeyance pending the next Status Conference. A Status Conference has been scheduled for **November 4, 2024 at 3:00 PM** via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks Courtroom Deputy at (631) 712-5625. **Parties shall comply with Judge Wicks' Individual Rules regarding Expectations for Remote Appearances (Rule §1E)**. THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media |

| | | |
|---|---|---|
| | | credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. (FTR Log #2:02-2:11 (Video).) (DF) (Entered: 09/25/2024) |
| 09/25/2024 | | ORDER. In light of the undersigned's holding all dates and deadlines in abeyance pending the next Status Conference (ECF No. 199 ), the Motion for Extension of Time to Complete Discovery (ECF No. 198 ) is **granted**. So Ordered by Magistrate Judge James M. Wicks on 9/25/2024. (HM) (Entered: 09/25/2024) |
| 09/27/2024 | 200 | Letter MOTION to Amend/Correct/Supplement *Plaintiffs' complaint* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit - Plaintiffs' proposed Fourth Amended Complaint) (Kataev, Emanuel) (Entered: 09/27/2024) |
| 09/27/2024 | | ORDER denying 200 Motion to Amend/Correct/Supplement. Plaintiffs' motion is denied for the following reasons: (1) the motion is beyond the Court's imposed discovery schedule deadline for motions for leave to amend (*see* ECF No. 142 ); (2) the issue raised in the filed motion was never presented in the recent status conference held on September 24, 2024; (3) the motion does not meet the requirements of Fed R. Civ. P. 15 and 16; and (4) there are pending motions for leave to amend the complaint, so the request is deemed premature. So Ordered by Magistrate Judge James M. Wicks on 9/27/2024. (HM) (Entered: 09/27/2024) |
| 10/01/2024 | 201 | Notice of Related Case: **The Civil Cover Sheet filed in civil action 24cv6903 (AYS) indicates this is a related case.** (LJ) (Entered: 10/01/2024) |
| 10/09/2024 | 202 | Letter MOTION for Contempt *and Modification of the Preliminary Injunction* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Attachments: # 1 Declaration of Anthony Deo in Support, # 2 Exhibit Exhibit A - Photographs of GCM Lot, # 3 Exhibit Exhibit B - Certificate of Insurance, # 4 Declaration of Brian M. Levine, Esq., # 5 Exhibit Exhibit C - List of Vehicles from So-Ordered Stipulation) (Levine, Brian) (Entered: 10/09/2024) |
| 10/15/2024 | 203 | RESPONSE in Opposition re 202 Letter MOTION for Contempt *and Modification of the Preliminary Injunction with cross-request for consolidation and sanctions against the Deo Defendants for evading the disqualification Order as well as engaging in vexatious litigation* filed by All Plaintiffs. (Kataev, Emanuel) (Entered: 10/15/2024) |
| 10/15/2024 | 204 | AFFIDAVIT/DECLARATION in Opposition re 202 Letter MOTION for Contempt *and Modification of the Preliminary Injunction of Robert Anthony Urrutia* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - NMAC UCC Financing Statement, # 2 Exhibit B - Defendant Anthony Deo's fraudulent March 1, 2023 financial statement) (Kataev, Emanuel) (Entered: 10/15/2024) |
| | | |

| 10/16/2024 | | ORDER. The parties are directed to appear before the undersigned for an in-person Oral Argument on the Motion for Contempt at ECF No. 202 on **November 1, 2024 at 1:00 PM** in Courtroom 1020. Defendants are directed to file any Reply to the Response in Opposition at ECF No. 203 on or before **October 25, 2024**. So Ordered by Magistrate Judge James M. Wicks on 10/16/2024. (DN) (Entered: 10/16/2024) |
|---|---|---|
| 10/16/2024 | | ORDER. Any opposition to the Motion to Consolidate Cases at ECF No. 22 in Case No. 2:24-cv-06903-JMW *Deo et al v. Baron et al* must be filed on or before **October 30, 2024**. So Ordered by Magistrate Judge James M. Wicks on 10/16/2024. (DN) (Entered: 10/16/2024) |
| 10/22/2024 | 205 | Letter *Requesting Flushing Bank be Excused from Attending the In-Person Oral Argument Scheduled for November 1, 2024* by Flushing Bank (Ronneburger, Ariel) (Entered: 10/22/2024) |
| 10/22/2024 | 206 | Letter *Requesting Thomas Jones and JLC be excused from oral argument* by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP (Lentinello, John) (Entered: 10/22/2024) |
| 10/22/2024 | 207 | Letter *Requesting Libertas Funding LLC be Excused from Attending the In-Person Oral Argument Scheduled for November 1, 2024* by Libertas Funding LLC (Golub, Bonnie) (Entered: 10/22/2024) |
| 10/23/2024 | 208 | Letter *Requesting JPMorgan Chase Bank, NA be Excused from Attending In-Person Oral Argument Scheduled for November 1, 2024* by J.P. Morgan Chase Bank, N.A. (Valenziano, Anthony) (Entered: 10/23/2024) |
| 10/23/2024 | 209 | Letter *request excusing appearance at November 1, 2024 oral argument* by 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC, Marc Merckling, 189 Sunrise Auto LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hylan Blvd Auto LLC (Ruderman, Jeffrey) (Entered: 10/23/2024) |
| 10/25/2024 | | ORDER. The in-person Oral Argument on the Motion for Contempt at ECF No. 202 on November 1, 2024 at 1:00 PM in Courtroom 1020 is hereby **RESCHEDULED** for **December 13, 2024 at 12:00 PM**. The deadline in which Defendants were directed to file any Reply to the Response in Opposition at ECF No. 203 , today, October 25, 2024, otherwise remains in place. The parties are directed to submit courtesy copies of the Motion papers to Chambers by November 8, 2024. So Ordered by Magistrate Judge James M. Wicks on 10/25/2024. (DN) (Entered: 10/25/2024) |
| 10/25/2024 | | ORDER re 205 , 206 , 207 , 208 , and 209 Letters Requesting to Be Excused. Defendants Flushing Bank, Thomas Jones, CPA, Jones, Little & Co., CPA's, LLP, Libertas Funding LLC, JPMorgan Chase Bank, N.A, and Island Auto Plaintiffs are hereby excused from attending the in-person Oral Argument scheduled for December 13, 2024 at 12:00 PM on the Motion for Contempt at ECF No. 202. So Ordered by Magistrate Judge James M. Wicks on 10/25/2024. (DN) (Entered: 10/25/2024) |
| 10/25/2024 | 210 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion re 202 Letter MOTION for Contempt *and Modification of the Preliminary Injunction* , AFFIDAVIT/DECLARATION in Support re 202 Letter MOTION for Contempt *and Modification of the Preliminary Injunction* filed by Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp.. (Attachments: # 1 Declaration of Anthony Deo in Reply) (Levine, Brian) (Entered: 10/25/2024) |
| 10/27/2024 | 211 | Letter MOTION for Leave to File Document *consisting of sur-reply in opposition to the Deo Defendants' letter motion for contempt* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 10/27/2024) |
| 10/28/2024 | | ORDER denying 211 Motion for Leave to File. The Superb Plaintiffs' request to file a sur-reply to the Deo Defendants' letter reply in further support of their Motion for Contempt is **denied**, as its contents would not change the result in this case. That sur-reply repeats an argument "already present in [the Superb Plaintiffs'] opposition [letter]." *See* ECF No. 203; *Convergen Energy LLC v. Brooks*, 2020 WL 4500184, at *3 (S.D.N.Y. Aug. 5, 2020), *reconsideration denied*, 2020 WL 5549039 (S.D.N.Y. Sept. 16, 2020); *see also Kapiti v. Kelly*, 2008 WL 754686, at *1 n.1 (S.D.N.Y. Mar. 12, 2008) ("Allowing parties to submit sur-replies is not a regular practice that courts follow, because such a procedure has the potential for placing a court in the position of refereeing an endless volley of briefs."). So Ordered by Magistrate Judge James M. Wicks on 10/28/2024. (DN) (Entered: 10/28/2024) |
| 10/29/2024 | 212 | REPLY in Opposition re 202 Letter MOTION for Contempt *and Modification of the Preliminary Injunction*, 203 Response in Opposition to Motion, *Opposition to Cross-Letter MOTION for Consolidation* filed by Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp., DLA Capital Partners Inc.. (Levine, Brian) (Entered: 10/29/2024) |
| 11/01/2024 | | ORDER. The Status Conference scheduled for November 4, 2024 at 3:00 PM via the Court's Video Zoom is hereby **cancelled**. All discovery dates and deadlines are held in abeyance pending the undersigned's issuance of a decision on the pending motions to dismiss in this case. So Ordered by Magistrate Judge James M. Wicks on 11/1/2024. (DN) (Entered: 11/01/2024) |
| 11/28/2024 | | ORDER. Due to a conflict in the Court's calendar, the in-person Oral Argument on the Motion for Contempt at ECF No. 202 on December 13, 2024 at 12:00 PM in Courtroom 1020 is hereby **RESCHEDULED** for **December 20, 2024 at 12:00 PM**. So Ordered by Magistrate Judge James M. Wicks on 11/28/2024. (DN) (Entered: 11/28/2024) |
| 12/03/2024 | 213 | |

| | | |
|---|---|---|
| | | Consent MOTION to Adjourn Conference *currently scheduled for Friday, December 20, 2024* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 12/03/2024) |
| 12/06/2024 | | ORDER granting 213 Motion to Adjourn Conference. The in-person Oral Argument on the Motion for Contempt at ECF No. 202 is hereby **RESCHEDULED** for **January 10, 2025 at 12:30 PM** in Courtroom 1020 before the undersigned. So Ordered by Magistrate Judge James M. Wicks on 12/6/2024. (DN) (Entered: 12/06/2024) |
| 01/10/2025 | 214 | Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR MOTION HEARING: Counsel for Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia): Emanuel Kataev. Counsel for Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC): Appearance Excused. Counsel for Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): Brian M. Levine. Counsel for Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP): Appearance Excused. Counsel for Defendants (Flushing Bank): Appearance Excused. Counsel for Defendants (Libertas Funding LLC): Appearance Excused. Counsel for Defendants (J.P. Morgan Chase Bank, N.A.): Appearance Excused. Oral Argument held on 01/10/2025 at 12:30 PM regarding Motion for Contempt and Modification of the Preliminary Injunction (ECF No. 202 ) and Cross Motion for Consolidation and Sanctions (ECF No. 203 ). Parties' arguments were heard. The decision as to the Motion for Contempt at ECF No. 202 was reserved. The Court will issue a written decision. Interim rulings were made as to the remaining Motions, as specified in the attached Order at ECF No. 215 . (FTR Log #12:35-1:03 (FTR).) (DF) (Entered: 01/10/2025) |
| 01/10/2025 | 215 | ORDER re: Interim Rulings: Please See attached Order for Further Details. So Ordered by Magistrate Judge James M. Wicks on 1/10/2025. (DF) (Entered: 01/10/2025) |
| 01/13/2025 | 216 | DECLARATION re 215 Order *in compliance with this Court's Order dated January 10, 2025* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (Attachments: # 1 Exhibit B - insurance certificates) (Kataev, Emanuel) (Entered: 01/13/2025) |
| 01/17/2025 | 217 | Letter MOTION to Amend/Correct/Supplement 215 Order by Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of |

| | | |
|---|---|---|
| | | Smithtown LLC, UEA Premier Motors Corp.. (Levine, Brian) (Entered: 01/17/2025) |
| 01/20/2025 | | ORDER re 217 Motion to Amend/Correct/Supplement. The Deo Defendants are directed to provide a Proposed Order to Plaintiff's Counsel regarding the relocation of the Deo Injuncted Vehicles on or before January 22, 2025. The parties are directed to file a Joint Letter, on or before January 24, 2025, with the Proposed Order agreed upon by the parties. So Ordered by Magistrate Judge James M. Wicks on 1/20/2025. (DN) (Entered: 01/20/2025) |
| 01/23/2025 | 218 | Letter *Joint Letter* by Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp. (Attachments: # 1 Proposed Order) (Levine, Brian) (Entered: 01/23/2025) |
| 01/24/2025 | 219 | RESPONSE in Opposition re 202 Letter MOTION for Contempt *and Modification of the Preliminary Injunction submitted as a supplemental letter brief in accordance with this Court's Order dated January 10, 2025 (ECF Docket Entry 215)* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 01/24/2025) |
| 01/24/2025 | 220 | AFFIDAVIT/DECLARATION in Opposition re 202 Letter MOTION for Contempt *and Modification of the Preliminary Injunction submitted as a supplemental declaration in accordance with this Court's Order dated January 10, 2025 (ECF Docket Entry 215)* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - First Amended and Restated Cross-Guaranty, Cross-Collateral, and Cross-Default Agreement, # 2 Exhibit B - Superb 2023 Bank Statements, # 3 Exhibit C - Correspondence with Superb and Deo dated December 5, 2022, # 4 Exhibit D - Summary of Financials, # 5 Exhibit E - Correspondence with NMAC and Spreadsheet regarding floored Superb Injuncted Vehicles, # 6 Exhibit F - Team Mitsubishi-Hartford September 2023 Bank Statement, # 7 Exhibit G - Volkswagen of Freehold September 2023 Bank Statement, # 8 Exhibit H - Proof of Payment & Titles for Deo Injuncted Vehicles, # 9 Exhibit I - Summary of Financial Status of Injuncted Vehicles, # 10 Exhibit J - Counterclaim against NMAC, # 11 Exhibit K - Correspondence with NMAC in April 2024, # 12 Exhibit L - Correspondence with NMAC in April & May 2024, # 13 Exhibit M - Possession and Surrender Agreement with NMAC, # 14 Exhibit N - Proof of Deo's Violations of Justice Gianelli's Injunction, # 15 Exhibit O - Proof of Payment by Superb for Deo Vehicles Sold in Violation of Justice Gianelli's Injunction, # 16 Exhibit P - Proof of Deo's Payment of Double-Floored Rolls Royce, # 17 Exhibit Q - Correspondence with NMAC in April 2023) (Kataev, Emanuel) (Entered: 01/24/2025) |
| 01/24/2025 | 221 | Letter *Brief on Issue of Encumbrances* by Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors |

| | | of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp. (Levine, Brian) (Entered: 01/24/2025) |
|---|---|---|
| 01/27/2025 | 222 | ORDER granting 217 Motion to Amend/Correct/Supplement. See attached Order for further details. So Ordered by Magistrate Judge James M. Wicks on 1/27/2025. (DN) (Entered: 01/27/2025) |
| 01/28/2025 | 223 | Letter MOTION for Leave to File Document *Supplemental Reply to Superb Plaintiffs' Supplemental Opposition* by Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp.. (Levine, Brian) (Entered: 01/28/2025) |
| 01/29/2025 | | ORDER granting 223 Motion for Leave to File. The Deo Defendants shall file their Supplemental Reply on or before February 5, 2025. So Ordered by Magistrate Judge James M. Wicks on 1/29/2025. (DN) (Entered: 01/29/2025) |
| 02/05/2025 | 224 | REPLY in Support re 219 Response in Opposition to Motion, Order on Motion for Leave to File, 221 Letter, 220 Affidavit in Opposition to Motion,,,,,, filed by Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp.. (Levine, Brian) (Entered: 02/05/2025) |
| 02/07/2025 | 225 | Third MOTION for Contempt by Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp.. (Attachments: # 1 Declaration of Brian M. Levine, # 2 Exhibit A - Odometer Photographs) (Levine, Brian) (Entered: 02/07/2025) |
| 02/09/2025 | | ORDER. Plaintiffs are directed to file any opposition to the Third Motion for Contempt at ECF No. 225 on or before **February 19, 2025**. So Ordered by Magistrate Judge James M. Wicks on 2/9/2025. (DN) (Entered: 02/09/2025) |
| 02/18/2025 | 226 | Consent MOTION for Extension of Time to File *response in opposition to Deo Defendants' third letter motion for contempt* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 02/18/2025) |
| 02/19/2025 | | ORDER granting 226 Motion for Extension of Time to File. Plaintiffs are directed to file any opposition to the Third Motion for Contempt at ECF No. 225 on or before **March 5, 2025**. There will be no further extensions. So Ordered by Magistrate Judge James M. Wicks on 2/19/2025. (DN) (Entered: 02/19/2025) |

| 03/02/2025 | 227 | RESPONSE in Opposition re 225 Third MOTION for Contempt filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 03/02/2025) |
| --- | --- | --- |
| 03/02/2025 | 228 | AFFIDAVIT/DECLARATION in Opposition re 225 Third MOTION for Contempt filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - September and October 2023 email correspondence (business records), # 2 Exhibit B - 2016 Audi A6 documents, # 3 Exhibit C - 2016 Audi Q5 documents, # 4 Exhibit D - 2017 Rolls Royce Dawn documents, # 5 Exhibit E - 2019 Land Rover Range Rover documents, # 6 Exhibit F - 2023 Chevrolet Suburban documents, # 7 Exhibit G - 2020 Mercedes Benz GLE documents) (Kataev, Emanuel) (Entered: 03/02/2025) |
| 03/18/2025 | 229 | MOTION to Intervene *and upon intervention vacating the injunction order dated September 29, 2023 and the order dated May 8, 2024 modifying the injunction and for related relief* by Nissan Motor Acceptance Company LLC. (Attachments: # 1 Declaration of Nicholas A Savino, # 2 Declaration of Gregory Brown (NMAC Declaration), # 3 Declaration of Robert Anthony Urrutia, # 4 Exh. 1 Wholesale Agreement, # 5 Exh. 2 Capital Loan Agreement, # 6 Exh. 3 Cross Collateralization Agreement, # 7 Exh. 4 Surrender Agreement, # 8 Memorandum of law in support of motion to intervene) (Savino, Nicholas) (Entered: 03/18/2025) |
| 03/19/2025 | | ORDER. Any opposition to the Motion to Intervene at ECF No. 229 is due on or before **April 2, 2025**. So Ordered by Magistrate Judge James M. Wicks on 3/19/2025. (DN) (Entered: 03/19/2025) |
| 03/21/2025 | 230 | OPINION AND ORDER re 164 Motion to Dismiss for Failure to State a Claim; re 168 Motion to Dismiss for Failure to State a Claim; re 175 Motion to Dismiss for Failure to State a Claim; re 176 Motion to Dismiss for Failure to State a Claim and re 177 Motion to Dismiss for Failure to State a Claim. As set forth in the attached Opinion and Order, the Deo Defendants' Motion to Dismiss (ECF No. 176 ) is **GRANTED** in part and **DENIED** in part. The following claims are dismissed with prejudice: (a) Tortious Interference with Contracts, Business Relations, and Prospective Economic Advantage against the Deo Defendants;(b) Defend Trade Secrets Act Claims, including Misappropriation under the DTSA against the Deo Defendants; (c) Violation of New York Judiciary Law § 487 against Thomasson; (d) Piercing the Corporate Veil against Deo;(e) Violation of New York GBL § 349 against Deo; (f) Permanent Injunction against Deo; Libertas Funding (g) Declaratory Judgment against Deo (h) Contribution and Indemnification for Fraud, Breach of Fiduciary Duty, Breach of Loyalty and Conversion against Deo; and (i) Contribution and Indemnification for Conversion and Aiding and Abetting Conversion, Fraud, Breach of Fiduciary Duty, Bready of Fiduciary Duty against Thomasson. (ii)the Bank Defendants' Motions to Dismiss (ECF Nos. 164 , 175 and 177 ) are **GRANTED** in part and **DENIED** in part. The following claims are dismissed with prejudice: (a) Permanent Injunction against Libertas Funding; (b) Plaintiffs' RICO Claims against Bank Defendants; (c) Conversion claims against the Bank Defendants; (d)Negligence and Unauthorized Payments against the Bank Defendants; (e) Drawee Liability against Chase Bank; (f)New York UCC §3-419 against the Bank Defendants; |

| | | |
|---|---|---|
| | | (iii) the CPA Defendants' Motions to Dismiss (ECF No. 168 ) is **GRANTED**. The following claims are dismissed with prejudice: (a) Plaintiffs' RICO Claims against CPA Defendants; (b)Plaintiffs' Fraud Claims against Jones; and (c) Professional Malpractice against the CPA Defendants. (iv) Plaintiffs' Motions for Leave to Amend (ECF Nos. 178 and 181 ) are **GRANTED** *in part* and **DENIED** *in part*, consistent with this Order. Plaintiffs are directed to file an Amended Complaint consistent with the rulings in the Order on or before April 4, 2025. So Ordered by Magistrate Judge James M. Wicks on 3/21/2025. (DF) (Entered: 03/21/2025) |
| 03/21/2025 | 231 | MEMORANDUM AND ORDER re 202 Motion for Contempt: As set forth in the attached Memorandum and Order, the Deo Defendants' Motion for Contempt (ECF No. 202 ) is **GRANTED**. Accordingly, it is **HEREBY ORDERED** that Superb Plaintiffs are held in civil contempt for failing to comply with an express order of this Court. Based on the finding of civil contempt, the undersigned directs the parties to appear for an evidentiary hearing on **April 25, 2025 at 2:00 p.m.** in courtroom 1020 at 100 Federal Plaza, Central Islip, New York, pursuant to the Local Rule §83.6(b) of the United States District Courts for the Southern and Eastern District of New York, to assess the damages and remedies available to the Defendants for the violation of the preliminary injunction. Both parties are directed to file letter briefs addressing this sole issue on **April 11, 2025**. There will be no oppositions or replies unless ordered by the Court. So Ordered by Magistrate Judge James M. Wicks on 3/21/2025. (DF) (Entered: 03/24/2025) |
| 03/24/2025 | 232 | Letter MOTION to Withdraw as Attorney by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 03/24/2025) |
| 03/25/2025 | | ORDER: The Motion to Withdraw as Attorney 232 is **denied, *without prejudice and with leave to renew***. Counsel for Plaintiffs' application fails to comply with Local Rule 1.4 of the United States District Court for the Southern and Eastern Districts of New York and, as such, the application is denied without prejudice and with leave to renew. Counsel for Plaintiffs is directed to file a motion conforming to Rule 1.4 on ECF on or before **March 28, 2025**. Opposition papers to this renewed application shall be filed on or before **April 4, 2025**. Counsel for Plaintiffs is directed to serve its client with a copy of this Order and file proof of service on ECF on or before **March 27, 2025**. So Ordered by Magistrate Judge James M. Wicks on 3/25/2025. (JAF) (Entered: 03/25/2025) |
| 03/25/2025 | 233 | MOTION to Withdraw as Attorney by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 03/25/2025) |
| 03/25/2025 | 234 | AFFIDAVIT/DECLARATION in Support re 233 MOTION to Withdraw as Attorney filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 03/25/2025) |
| 03/25/2025 | 235 | MEMORANDUM in Support re 233 MOTION to Withdraw as Attorney filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Felsen, Jamie) (Entered: 03/25/2025) |
| 03/25/2025 | 236 | |

| | | CERTIFICATE OF SERVICE by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia re 235 Memorandum in Support, 233 MOTION to Withdraw as Attorney , 234 Affidavit in Support of Motion, Order on Motion to Withdraw as Attorney,,, (Felsen, Jamie) (Entered: 03/25/2025) |
|---|---|---|
| 03/25/2025 | 237 | Letter *to Honorable James M. Wicks Requesting Flushing Bank Be Excused from Attending the Evidentiary Hearing Scheduled for April 25, 2025* by Flushing Bank (Ronneburger, Ariel) (Entered: 03/25/2025) |
| 03/26/2025 | | ORDER granting 237 excusing Defendant Flushing Bank from attending the Evidentiary Hearing on April 25, 2025. So Ordered by Magistrate Judge James M. Wicks on 3/26/2025. (JAF) (Entered: 03/26/2025) |
| 03/28/2025 | 238 | Letter *to the Honorable James M. Wicks Requesting Libertas Funding LLC be Excused from Attending the Hearing scheduled for April 25, 2025* by Libertas Funding LLC (Golub, Bonnie) (Entered: 03/28/2025) |
| 03/29/2025 | | ORDER granting 238 excusing Defendant Libertas Funding LLC from attending the Evidentiary Hearing on April 25, 2025. So Ordered by Magistrate Judge James M. Wicks on 3/29/2025. (JAF) (Entered: 03/29/2025) |
| 04/02/2025 | 239 | MEMORANDUM in Opposition re 229 MOTION to Intervene *and upon intervention vacating the injunction order dated September 29, 2023 and the order dated May 8, 2024 modifying the injunction and for related relief* , AFFIDAVIT/DECLARATION in Opposition re 229 MOTION to Intervene *and upon intervention vacating the injunction order dated September 29, 2023 and the order dated May 8, 2024 modifying the injunction and for related relief* filed by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Attachments: # 1 Declaration of Brian M. Levine) (Levine, Brian) (Entered: 04/02/2025) |
| 04/03/2025 | 240 | Letter MOTION for Reconsideration re 230 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, *related to causes of action concerning Northshore and Sunrise as well as the dismissal of fraud and malpractice claims against the CPA Defendants*, Letter MOTION for Extension of Time to File *complaint sine die pending the resolution of the instant motion* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 04/03/2025) |
| 04/03/2025 | 241 | AFFIDAVIT/DECLARATION in Support re 240 Letter MOTION for Reconsideration re 230 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, *related to causes of action concerning Northshore and Sunrise as well as the dismissal of fLetter MOTION for* |

| | | |
|---|---|---|
| | | *Extension of Time to File complaint sine die pending the resolution of the instant motion filed by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - email produced by Deo Defendants, # 2 Exhibit B - financial statement produced by CPA Defendants, # 3 Exhibit C - email produced by CPA Defendants, # 4 Exhibit D - email produced by CPA Defendants, # 5 Exhibit E - email produced by CPA Defendants) (Kataev, Emanuel) (Entered: 04/03/2025)* |
| 04/04/2025 | | ORDER. Any opposition to Plaintiffs' Motion for Reconsideration 240 must be filed **on or before April 11, 2025** . No reply papers are to be submitted unless the Court directs otherwise. So Ordered by Magistrate Judge James M. Wicks on 4/4/2025. (JAF) (Entered: 04/04/2025) |
| 04/07/2025 | | ORDER granting 233 Motion to Withdraw as Attorney. Jamie Felsen and the firm of Milman Labuda Law Group PLLC is terminated as counsel for Plaintiffs Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia. Courts in this District have granted motions to withdraw under similar circumstances. *See, e.g., Chase Bank USA, N.A. v. Allegro Law, LLC* , No. 08-CV-4039 (DRH) (WDW), 2011 WL 13302729, at *1 (E.D.N.Y. June 23, 2011) (finding that clients failure to pay legal fees constituted a basis for granting motion to withdraw) (collecting cases); *Team Obsolete Ltd. v. A.H.R.M.A. Ltd.* , 464 F. Supp. 2d 164, 166 (E.D.N.Y. 2006) ("Courts have long recognized that a client's continued refusal to pay legal fees constitutes a satisfactory reason for withdrawal under Local Rule 1.4.") (collecting cases). Local Rule 1.4 provides that "[a]n attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court" and that "[s]uch an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement." Here, counsel for Plaintiffs, the Milman Labuda Law Group PLLC ("MLLG") is requesting withdrawal as counsel of record due to Plaintiffs' inability to continue payment. (ECF No. 235.) MLLG has represented Plaintiffs alongside Sage Legal LLC since the commencement of this action, which remains as counsel of record (*Id.*) No opposition has been filed. In light of these circumstances, there is no likelihood of prejudice to Plaintiffs. Further, this Court finds that Counsel has complied with Local Rule 1.4. Jamie Felsen and MLLG are terminated as counsel of record in this matter. So Ordered by Magistrate Judge James M. Wicks on 4/7/2025. (JAF). (Entered: 04/07/2025) |
| 04/09/2025 | 242 | First MOTION to Withdraw as Attorney *of the Deo Defendants* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Attachments: # 1 Memorandum in Support of Motion to be Relieved, # 2 Declaration of Brian |

| | | M. Levine, # 3 Affidavit of Service of Motion to be Relieved) (Levine, Brian) (Entered: 04/09/2025) |
|---|---|---|
| 04/09/2025 | 243 | Letter MOTION to Stay *the April 11, 2025 deadlines, and the Evidentiary Hearing scheduled for April 25, 2025,* Letter MOTION for Extension of Time to File *letter briefs on damages and remedies, and opposition to Plaintiffs' motion for reconsideration* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Levine, Brian) (Entered: 04/09/2025) |
| 04/09/2025 | 244 | REPLY in Support re 229 MOTION to Intervene *and upon intervention vacating the injunction order dated September 29, 2023 and the order dated May 8, 2024 modifying the injunction and for related relief /Reply memorandum of law in further support of motion to intervene* filed by Nissan Motor Acceptance Company LLC. (Savino, Nicholas) (Entered: 04/09/2025) |
| 04/09/2025 | | ORDER denying in part Motion to Stay (ECF No. 243). The parties are directed to file letter briefs as ordered on or before 4/11/2025 (ECF No. 231). The letter briefs are a result of this court's ruling on Defendants' motion to compel filed at ECF No. 202. The Court notes that counsel's application to withdraw is based solely upon non-payment (NY Rule of Prof. Conduct 1.16(c)(5)), and not irreconcilable differences (NY Rule of Prof. Conduct 1.16(c)(7)). Without prejudging the motion to withdraw filed at ECF No. 242, the Court does note however that non-payment or failure to pay alone, without "deliberate disregard" of a fee arrangement, may not be sufficient for permissive withdrawal under the rules. See United States v. Parker, 439 F.3d 81 (2d Cir, 2006). The evidentiary hearing is adjourned sine die and will not take place on 4/25/2025. Furthermore, any opposition to the motion to withdraw filed at ECF No. 242 shall be filed on or before 4/18/2025. Counsel for Deo Defendants shall serve a copy of this Electronic Order upon his clients and file proof of service of same on ECF by 4/11/2025. So Ordered by Magistrate Judge James M. Wicks on 4/9/2025. (Wicks, James) (Entered: 04/09/2025) |
| 04/10/2025 | 245 | AFFIDAVIT/AFFIRMATION *Declaration of Service of 04/09/25 Text Only Order* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Levine, Brian) (Entered: 04/10/2025) |
| 04/10/2025 | 246 | Letter MOTION to Stay */Seeking Clarification of 4/9/25 Text Only Order* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael |

| | | Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp.. (Attachments: # 1 Affidavit of Service) (Levine, Brian) (Entered: 04/10/2025) |
|---|---|---|
| 04/11/2025 | | ORDER granting 246 Motion to Stay. The date for any opposition to the motion for reconsideration filed at ECF No. 230 is adjourned sine die. The Court will set a new opposition date once the motion to withdraw is decided. So Ordered by Magistrate Judge James M. Wicks on 4/11/2025. (Wicks, James) (Entered: 04/11/2025) |
| 04/11/2025 | 247 | AFFIDAVIT/DECLARATION in Opposition re 240 Letter MOTION for Reconsideration re 230 Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, *related to causes of action concerning Northshore and Sunrise as well as the dismissal of fLetter MOTION for Extension of Time to File complaint sine die pending the resolution of the instant motion filed by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP.* (Lentinello, John) (Entered: 04/11/2025) |
| 04/11/2025 | 248 | MEMORANDUM in Opposition re 247 Affidavit in Opposition to Motion,, *PLAINTIFFS MOTION FOR REARGUMENT/RECONSIDERATION* filed by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP. (Lentinello, John) (Entered: 04/11/2025) |
| 04/11/2025 | 249 | Letter *Brief on Available Damages and Remedies* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Levine, Brian) (Entered: 04/11/2025) |
| 04/11/2025 | 250 | RESPONSE to Motion re 225 Third MOTION for Contempt *as to contempt sanctions pursuant to this Court's Order dated March 21, 2025 (ECF Docket Entry 231)* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 04/11/2025) |
| 04/11/2025 | 251 | AFFIDAVIT/DECLARATION in Opposition re 225 Third MOTION for Contempt *of Robert Anthony Urrutia* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - NMAC records, # 2 Exhibit B - NMAC subpoena) (Kataev, Emanuel) (Entered: 04/11/2025) |
| 04/18/2025 | 252 | RESPONSE in Opposition re 242 First MOTION to Withdraw as Attorney *of the Deo Defendants* filed by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Nissan Motor Acceptance Company LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 04/18/2025) |
| 04/22/2025 | 253 | |

| | | |
|---|---|---|
| | | Letter *to the Honorable James M. Wicks, U.S.M.J. Excusing Appearance on April 25, 2025 Hearing* by J.P. Morgan Chase Bank, N.A. (Valenziano, Anthony) (Entered: 04/22/2025) |
| 04/22/2025 | | ORDER: Counsel for Deo Defendants Brian M. Levine's motion to withdraw as counsel of record in this matter (ECF No. 242 ) is granted, and Brian M. Levine and the firm of Levine Singh, LLP is terminated for this matter. Courts in this District have granted motions to withdraw under similar circumstances. *See, e.g., Chase Bank USA, N.A. v. Allegro Law, LLC*, No. 08-CV-4039 (DRH) (WDW), 2011 WL 13302729, at *1 (E.D.N.Y. June 23, 2011) (finding that client's failure to pay legal fees constituted a basis for granting motion to withdraw) (collecting cases); *Team Obsolete Ltd. v. A.H.R.M.A. Ltd.*, 464 F. Supp. 2d 164, 166 (E.D.N.Y. 2006) ("Courts have long recognized that a client's continued refusal to pay legal fees constitutes a satisfactory reason for withdrawal under Local Rule 1.4.") (collecting cases). Local Rule 1.4 provides that "[a]n attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court" and that "[s]uch an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement." Here, counsel for the "Deo" Defendants, Levine Singh, LLP is requesting withdrawal as counsel of record due to Defendants' inability to continue payment. (ECF No. 242 .) Plaintiffs do not oppose. Rather Plaintiffs request that this Court condition the withdrawal on waiving any opposition to the pending Motion for Reconsideration. The undersigned rejects Plaintiffs' invitation to impose such conditions. The Court finds that Counsel has complied with Local Rule 1.4 and sufficient grounds exist to grant the motion. Brian M. Levine and the firm of Levine Singh, LLP, are hereby terminated as counsel of record in this matter. The "Deo" Defendants are to retain new counsel on or before **May 9, 2025**, and incoming counsel is to file a Notice of Appearance on or before **May 9, 2025**. Defendants Car Buyers NYC Inc., Gold Coast Cars of Syosset, LLC., Gold Coast Cars of Sunrise, LLC., Gold Coast Motors Automotive Group, LLC, Gold Coast Motors of LIC, LLC., Gold Coast Motors of Roslyn, LLC., Gold Coast Motors of Smithtown, LLC., and UEA Premier Motors Corp., are reminded that they are not permitted to appear *pro se. See La Barbera v. Fed. Metal & Glass Corp.*, 666 F. Supp. 2d 341, 348 (E.D.N.Y. 2009) ("Such a failure to obtain counsel constitutes a failure to defend because corporations cannot proceed in federal court pro se.") (citing *Shapiro, Bernstein & Co. v. Contl Record Co.*, 386 F.2d 426, 427 (2d Cir. 1967) (per curiam)). Outgoing counsel is directed to serve a copy of this order upon Defendants and file proof of service on ECF **within two business days**. As a result, all proceedings are stayed until then. Any opposition to the Motion for Reconsideration (ECF No. 240 ) is to be filed on or before **June 6, 2025**, and any reply is to be filed on or before **June 20, 2025**. There are to be no sur-replies. So Ordered by Magistrate Judge James M. Wicks on 4/22/2025. (JAF) (Entered: 04/22/2025) |
| 04/22/2025 | 254 | ORDER. Defendant JPMorgan Chase Bank's Application to be excused from attending the Evidentiary Hearing (ECF No. 253 ) is denied as *moot*. The Evidentiary Hearing has been adjourned *sine die*. *See* Electronic Order dated 4/9/2025. So Ordered by Magistrate Judge James M. Wicks on 4/22/2025. (JAF) (Entered: 04/22/2025) |

| 04/22/2025 | 255 | AFFIDAVIT/AFFIRMATION re Order on Motion to Withdraw as Attorney,,,,,,,,,,,,, *Declaration of Service of Text-Only Order* by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp., DECLARATION by Dwight Blankenship, Car Buyers NYC Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, Harry Thomasson, UEA Premier Motors Corp. (Levine, Brian) (Entered: 04/22/2025) |
|---|---|---|
| 04/29/2025 | 256 | MOTION for Order to Show Cause *to modify preliminary injunction* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 04/29/2025) |
| 04/29/2025 | 257 | MEMORANDUM in Support re 256 MOTION for Order to Show Cause *to modify preliminary injunction* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 04/29/2025) |
| 04/29/2025 | 258 | AFFIDAVIT/DECLARATION in Support re 256 MOTION for Order to Show Cause *to modify preliminary injunction of Robert Anthony Urrutia* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 04/29/2025) |
| 04/29/2025 | | ORDER: Plaintiffs are directed to file a supplemental declaration in detail as to when and how Plaintiffs learned that their lease at the "Team Mitsubishi-Hartford" Lot would be terminated, **on or before May 2, 2025** . This action remains stayed until May 9, 2025, or when Counsel for Deo Defendants makes a Notice of Appearance, whichever is earlier. An in-person Conference to address the issues on this matter has been scheduled for **May 9, 2025 at 3:00 PM** in Courtroom 1020. So Ordered by Magistrate Judge James M. Wicks on 4/29/2025. (JAF) (Entered: 04/29/2025) |
| 04/29/2025 | | SCHEDULING ORDER: An in-person Conference to address the issues at ECF No. 256 has been scheduled for **May 9, 2025 at 3:00 PM** to take place in Courtroom 1020 in the Central Islip Courthouse. So Ordered by Magistrate Judge James M. Wicks on 4/29/2025. (JAF) (Entered: 04/29/2025) |
| 04/30/2025 | 259 | Letter *to Honorable James M. Wicks requesting Flushing be excused from attending the May 9, 2025 conference* by Flushing Bank (Ronneburger, Ariel) (Entered: 04/30/2025) |
| 05/01/2025 | | ORDER granting 259 excusing Defendant Flushing Bank from attending the Conference on May 9, 2025. So Ordered by Magistrate Judge James M. Wicks on 5/1/2025. (JAF) (Entered: 05/01/2025) |
| 05/02/2025 | 260 | Letter *to the Honorable James M. Wicks requesting Libertas Funding LLC be excused from attending the May 9, 2025 Conference* by Libertas Funding LLC (Golub, Bonnie) (Entered: 05/02/2025) |

| 05/02/2025 | 261 | AFFIDAVIT/DECLARATION in Support re 256 MOTION for Order to Show Cause *to modify preliminary injunction supplemental declaration of Robert Anthony Urrutia* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - copy of lease, # 2 Exhibit B - copy of assignment, # 3 Exhibit C - copy of notice) (Kataev, Emanuel) (Entered: 05/02/2025) |
| 05/03/2025 | | ORDER granting ECF No. 260 excusing Defendant Libertas Funding LLC from attending the Conference on May 9, 2025. So Ordered by Magistrate Judge James M. Wicks on 5/3/2025. (JAF) (Entered: 05/03/2025) |
| 05/03/2025 | 262 | Letter *requesting to waive appearance* by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Northshore Motor Leasing, LLC (Ruderman, Jeffrey) (Entered: 05/03/2025) |
| 05/05/2025 | | ORDER granting 262 excusing the Island Auto Plaintiffs from attending the Conference on May 9, 2025. So Ordered by Magistrate Judge James M. Wicks on 5/5/2025. (JAF) (Entered: 05/05/2025) |
| 05/05/2025 | 263 | Letter *to U.S. Mag. Judge Wicks to Request Excused Appearance* by Thomas Jones, CPA, Jones, Little & Co., CPA's LLP (Lentinello, John) (Entered: 05/05/2025) |
| 05/06/2025 | | ORDER granting 263 excusing Defendants Thomas Jones, CPA and Jones, Little & Co., CPA's, LLP from attending the Conference on May 9, 2025. So Ordered by Magistrate Judge James M. Wicks on 5/6/2025. (JAF) (Entered: 05/06/2025) |
| 05/07/2025 | 264 | Letter *to the Honorable James M. Wicks, U.S.M.J. Excusing Appearance on May 9, 2025 Hearing* by J.P. Morgan Chase Bank, N.A. (Valenziano, Anthony) (Entered: 05/07/2025) |
| 05/08/2025 | | ORDER granting 264 excusing Defendant JPMorgan Chase Bank from attending the Conference on May 9, 2025. So Ordered by Magistrate Judge James M. Wicks on 5/8/2025. (JAF) (Entered: 05/08/2025) |
| 05/08/2025 | 265 | NOTICE of Appearance by Harry R. Thomasson, Jr on behalf of Harry Thomasson (notification declined or already on case) (Thomasson, Harry) (Entered: 05/08/2025) |
| 05/08/2025 | 266 | Letter MOTION to Stay *and other relief requested* by Harry Thomasson. (Attachments: # 1 Exhibit A, letter to EDNY Court dated 4.21.25, # 2 Exhibit B, Affirmation of Emanuel Kataev) (Thomasson, Harry) (Entered: 05/08/2025) |
| 05/09/2025 | | ORDER. The parties are directed to file any opposition to Mr. Thomasson's Motion to Stay and Other Relief (ECF No. 266 ), **on or before May 16, 2025** . So Ordered by Magistrate Judge James M. Wicks on 5/9/2025. (JAF) (Entered: 05/09/2025) |
| 05/09/2025 | | Email Notification Test - DO NOT REPLY (GO) (Entered: 05/09/2025) |

| 05/09/2025 | | ORDER granting *in part* and denying *in part* 256 Motion to Modify the Preliminary Injunction. Oral Argument was held on the unopposed Motion to Modify the Preliminary Injunction (ECF No. 256 ). Appearances were as follows: Superb Plaintiffs represented by Emanuel Kataev, Harry Thomasson appearing *pro se*, and Anthony Deo appearing *pro se*. District courts in this Circuit have applied the following standard for modifying preliminary injunctions, namely, the movant must demonstrate "a material change in circumstances justifies the alteration." *New Falls Corp. v. Soni Holdings*, No. 19-CV-0449 (ADS) (AKT), 2020 U.S. Dist. LEXIS 186395, at \*30 (E.D.N.Y. Sept. 30, 2020).; *see also Lawsky v. Condor Capital Corp.*, No. 14-cv-2863 (CM), 2014 U.S. Dist. LEXIS 107253, at \*15 (S.D.N.Y. Aug. 1, 2014) (stating that parties must show a change in circumstances warranting such relief). "An injunction should be modified only when the changed circumstances demonstrate that continuance of the injunction is no longer justified and/or [] will work oppressively against the enjoined parties." *Int'l Equity Invs., Inc. v. Opportunity Equity Partners, Ltd.*, 427 F. Supp. 2d 491, 501 (S.D.N.Y. 2006). Changed circumstances having been shown and stated on the record, the motion is granted in part and denied in part as follows: (i) denied to the extent the application seeks to permit sales of the Injuncted Superb Vehicles and (ii) granted to the extent relocation of the Injuncted Superb Vehicles is sought. The 30 Injuncted Vehicles shall be removed from the Hartford location to the Hicksville location ("Deo Lot") owned by Anthony Deo (108 New South Road, Hicksville, NY 11801) at Plaintiffs' expense. The current conditions of the existing Preliminary Injunction remain in place, and the Deo Defendants are to segregate the Injuncted Superb Vehicles from any other vehicles in the Deo Lot. The relocation to the Deo Lot is to be completed **on or before May 23, 2025**. Deo Defendants are to file proof of insurance **within five (5) business days** of delivery of the Injuncted Superb Vehicles. The time within which the corporate entity Deo Defendants are to retain counsel and have incoming counsel file a Notice of Appearance has been extended to and includes **May 23, 2025**. As a result, all proceedings are stayed until then. Any opposition to the Motion for Reconsideration (ECF No. 240 ) is to be filed on or before **June 20, 2025**, and any reply is to be filed on or before **July 3, 2025**. There are to be no sur-replies. So Ordered by Magistrate Judge James M. Wicks on 5/9/2025. (JAF) (Entered: 05/09/2025) |
| 05/09/2025 | 267 | Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR STATUS CONFERENCE: Counsel for Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia): Emanuel Kataev. Counsel for Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC): Appearance Excused. Counsel for DefendantsSarah Deo, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): No Appearance. Pro Se Defendant (Anthony Deo): |

| | | |
|---|---|---|
| | | Anthony Deo, appearing Pro Se. Pro Se Defendant (Harry Thomasson): Harry Thomasson, appearing Pro Se. Counsel for Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP): Appearance Excused. Counsel for Defendants (Flushing Bank): Appearance Excused. Counsel for Defendant (Libertas Funding LLC): Appearance Excused. Counsel for Defendants (J.P. Morgan Chase Bank, N.A.): Appearance Excused. Arguments held on May 9, 2025 at 3:00 PM. For the reasons stated on the record and in the Electronic Order dated May 9, 2025, the Motion for Modifying the Preliminary Injunction (ECF No. 256 ) is **granted** *in part* and **denied** *in part*. The relocation of the Injuncted Superb Vehicles to the Deo Lot is to be completed **on or before May 23, 2025**. Deo Defendants are to file proof of insurance **within five business days** of delivery of the Injuncted Superb Vehicles. The time within which the corporate entity Deo Defendants are to retain counsel and have incoming counsel file a Notice of Appearance has been extended to and includes **May 23, 2025**. As a result, all proceedings are stayed until then. THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. (FTR Log #3:09-3:41 (FTR).) (DF) (Entered: 05/09/2025) |
| 05/16/2025 | 268 | RESPONSE in Opposition re 266 Letter MOTION to Stay *and other relief requested* filed by 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Joshua Aaronson, Jory Baron, Brian Chabrier, Island Auto Management, LLC, Nissan Motor Acceptance Company LLC, Northshore Motor Leasing, LLC, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/16/2025) |
| 05/19/2025 | 269 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on May 9, 2025, for hearing type STATUS CONFERENCE, before Judge JAMES M. WICKS. Court Reporter/Transcriber Transcriptions Plus II, Inc., Telephone number 917-817-2825. Email address: rl.transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 6/9/2025. Redacted Transcript Deadline set for 6/19/2025. Release of Transcript Restriction set for 8/18/2025. (KS) (Entered: 05/19/2025) |
| 05/20/2025 | 270 | MEMORANDUM AND ORDER re 229 Motion to Intervene: As set forth in the attached Memorandum and Order, Nissan's Motion to Intervene (ECF No. 229 ) is **DENIED**. So Ordered by Magistrate Judge James M. Wicks on 5/20/2025. (DF) (Entered: 05/20/2025) |
| 05/20/2025 | 271 | MOTION for Order to Show Cause *why the Superb Injuncted Vehicles should not remain at the Hartford Lot pending an agreement with the purchaser of the Hartford Lot or an agreement with the landlord of a nearby dealership,* |

|  |  | MOTION for Reconsideration re Order on Motion for Order to Show Cause,,,,,,,,,, 267 Status Conference,,,,,,,,,, by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/20/2025) |
| 05/20/2025 | 272 | MEMORANDUM in Support re 271 MOTION for Order to Show Cause *why the Superb Injuncted Vehicles should not remain at the Hartford Lot pending an agreement with the purchaser of the Hartford Lot or an agreement with the landlord of a nearby dealership* MOTION for Reconsideration re Order on Motion for Order to Show Cause,,,,,,,,,, 267 Status Conference,,,,,,,,,, filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Attachments: # 1 Exhibit A - transcript of proceedings held on May 9, 2025) (Kataev, Emanuel) (Entered: 05/20/2025) |
| 05/20/2025 | 273 | AFFIDAVIT/DECLARATION in Support re 271 MOTION for Order to Show Cause *why the Superb Injuncted Vehicles should not remain at the Hartford Lot pending an agreement with the purchaser of the Hartford Lot or an agreement with the landlord of a nearby dealership* MOTION for Reconsideration re Order on Motion for Order to Show Cause,,,,,,,,,, 267 Status Conference,,,,,,,,,, *of Robert Anthony Urrutia* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/20/2025) |
| 05/21/2025 | 274 | MEMORANDUM AND ORDER re 266 Motion to Stay: As set forth in the attached Memorandum and Order, Mr. Thomasson's motion for reconsideration of the prior disqualification order and other requested relief (ECF No. 266 ) is **DENIED**. So Ordered by Magistrate Judge James M. Wicks on 5/21/2025. (DF) (Entered: 05/21/2025) |
| 05/21/2025 | 275 | RESPONSE to Motion re 271 MOTION for Order to Show Cause *why the Superb Injuncted Vehicles should not remain at the Hartford Lot pending an agreement with the purchaser of the Hartford Lot or an agreement with the landlord of a nearby dealership* MOTION for Reconsideration re Order on Motion for Order to Show Cause,,,,,,,,,, 267 Status Conference,,,,,,,,,, filed by Harry Thomasson. (Thomasson, Harry) (Entered: 05/21/2025) |
| 05/21/2025 |  | ORDER denying 271 Motion for Order to Show Cause regarding the Motion for Reconsideration of the May 9, 2025 Order and the Motion for Reconsideration. Plaintiffs submit this application for reconsideration pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. Under Local Rule 6.3, a party has fourteen (14) days following the entry of a court order to serve a notice of motion with an accompanying memorandum, that concisely sets forth the issues, facts, or laws that were overlooked. Loc. Civ. R. 6.3.

"A court must narrowly construe and strictly apply Rule 6.3 so as to avoid duplicative rulings on previously considered issues and to prevent Rule 6.3 from being used to advance different theories not previously argued, or as a substitute for appealing a final judgment." *R.F.M.A.S., Inc. v. Mimi So*, 640 F. Supp. 2d 506, 509 (S.D.N.Y. 2009). As such, motions for reconsideration "[are] appropriate when the moving party can demonstrate that the Court overlooked controlling decisions or factual matters that were put before it on |

the underlying motion... and which, had they been considered, might have reasonably altered the result before the court." *Herschaft v. N.Y.C. Campaign Fin. Bd.*, 139 F. Supp. 2d 282, 283 (E.D.N.Y. 2001) (internal quotation marks and citation omitted). Notably, "a party may not advance new facts, issues, or arguments not previously presented to the Court on a motion for reconsideration." *Superior Site Work, Inc. v. NASDI, LLC*, No. 14-cv-01061 (ADS) (SIL), 2017 U.S. Dist. LEXIS 77453, at *4 (E.D.N.Y. May 22, 2017) (internal quotations omitted); *see also Analytical Surveys, Inc. v. Tonga Partners, L.P.* , 684 F.3d 36, 52 (2d Cir. 2012) (citation omitted) (noting that a motion for reconsideration is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple). Reconsideration is warranted when: (i) the moving party points to an intervening change in controlling law, (ii) newly available evidence is identified, (iii) clear error is established, or (iv) reconsideration is necessary to avoid a manifest injustice. *See Cho v. Blackberry Ltd.*, 991 F.3d 155, 170 (2d Cir. 2021); *Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr.*, 729 F.3d 99, 104 (2d Cir. 2013) (same); *T.Z. v. City of New York*, 634 F. Supp. 2d 263, 268 (E.D.N.Y. 2009) (same). It is well-settled that it is within the sound discretion of the district court to decide whether or not to grant a motion for reconsideration. *See Gupta v. Attorney Gen. of United States*, 52 F. Supp. 3d 677, 679-80 (S.D.N.Y. 2014); *Rivas v. Melecio*, No. 23-CV-05718 (JMA), 2024 WL 1096065, at *1 (E.D.N.Y. Feb. 21, 2024).

Here, Plaintiffs seek a "do-over" on the eve of their deadline to deliver the Injuncted Superb Vehicles to the Deo Lot. (*See* ECF No. 267.) Moreover, Plaintiffs assert that the Court overlooked the potential damage that could occur by the Deo Defendants holding the Vehicles. (ECF Nos. 272 at 3, 273 at 5-7.) Contrary to that assertion, the Court provided clear direction and imposed certain conditions to preserve the parties' assets at the last Conference. (*See* Electronic Order dated 05/09/2025.) As to the "newly available evidence" that Plaintiffs submit, this still does not provide a long-term solution. Specifically, Plaintiffs state that they "have negotiated a deal with the landlord of the Hartford Lot for the Superb Injuncted Vehicles to remain there until the closing date, currently scheduled for June 9, 2025, and thereafter to either remain at the Hartford Lot pending a deal with the purchaser of the Hartford Lot, or to be moved less than fifteen (15) miles away to 223 Broad Street, Bristol, CT 06010 (the "New Premises") subject to the Superb Plaintiffs' agreement with the landlord for the New Premises." (ECF No. 272 at 3.) These proposed modifications are not concrete and are subject to the agreements of two third-parties, the New Premises landlord or the new purchaser of the Hartford Lot. Absent here is evidence that would reasonably alter the undersigned's conclusion at the previous Conference. *See Shrader v. CSX Transp. Inc.* , 70 F.3d 255, 257 (2d Cir. 1995) ("The standard for granting [a motion for reconsideration] is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked-matters, in other words, that might reasonably be expected to alter the conclusion reached by the court."); *B & R Supermarket, Inc. v. Visa Inc.*,

| | | |
|---|---|---|
| | | No. 17-CV-2738 (MKB), 2025 WL 510041, at *2 (E.D.N.Y. Feb. 14, 2025) (same).<br><br>Therefore, the Motion for Reconsideration filed at ECF No. 271 is **DENIED**, and the previously ordered date for the relocation of the Injuncted Superb Vehicles to the Deo Lot remains in place, which is this **Friday, May 23, 2025**. So Ordered by Magistrate Judge James M. Wicks on 5/21/2025. (JAF) (Entered: 05/21/2025) |
| 05/21/2025 | 276 | NOTICE of Appearance by Jeffrey Benjamin on behalf of Dwight Blankenship, Car Buyers NYC Inc., DLA Capital Partners Inc., Anthony Deo, Sarah Deo, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, Michael Laurie, Marc Merckling, UEA Premier Motors Corp. (aty to be noticed) (Benjamin, Jeffrey) (Entered: 05/21/2025) |
| 05/22/2025 | 277 | Letter MOTION to Amend/Correct/Supplement *and/or modify this Court's Orders regarding the delivery of 30 automobiles* by Harry Thomasson. (Thomasson, Harry) (Entered: 05/22/2025) |
| 05/22/2025 | | ORDER granting 277 Motion to Amend/Correct/Supplement. The vehicles to be delivered to the Deo's Hicksville New York lot shall be done so by May 23, 2025 by 6:00 p.m. The keys and all title documents for the vehicles shall be delivered at the time the vehicles are delivered. So Ordered by Magistrate Judge James M. Wicks on 5/22/2025. (Wicks, James) (Entered: 05/22/2025) |
| 05/22/2025 | 278 | ORDER re 231 Order on Motion for Contempt: As set forth in the attached Order, the sanctions imposed on Superb Plaintiffs are as follows: Plaintiffs are to file proof of the payment to Nissan that allegedly satisfied the floorplan loan on ECF on or before **June 3, 2025**, and failure to do so, will result in the undersigned imposing a compensatory fine. In the event Plaintiffs fail to file on or before June 3 as ordered, per-diem fine of $500.00 for each day of non-compliance will be imposed. So Ordered by Magistrate Judge James M. Wicks on 5/22/2025. (DF) (Entered: 05/22/2025) |
| 05/22/2025 | 279 | MEMORANDUM AND ORDER re 225 Motion for Contempt: As set forth in the attached Memorandum and Order, the Deo Defendants' Motion for Contempt (ECF No. 225 ) is **GRANTED** *in part* and **DENIED** *in part*. Accordingly, it is **HEREBY ORDERED** that Superb Plaintiffs are held in civil contempt for failing to comply with an express order of this Court. Based on this finding of civil contempt, the undersigned imposes the following sanctions: (i) A fine in the amount of $1,000.00 to be paid to the Deo Defendants on or before **June 2, 2025**; (ii) Attorneys' fees and costs, which are to be awarded upon a formal application submitted by Deo Defendants on or before **June 3, 2025**; and (iii) Per-diem sanctions of $100.00, for each weekday that Plaintiffs are non-compliant with this Court's Order beginning **June 3, 2025**. So Ordered by Magistrate Judge James M. Wicks on 5/22/2025. (DF) (Main Document 279 replaced on 5/22/2025) (DF). Modified on 5/22/2025 to revise docket entry text. (DF). (Entered: 05/22/2025) |
| 05/22/2025 | 280 | |

|            |     | Emergency MOTION for Order to Show Cause *to permit the sale of the remaining Superb Injuncted Vehicles owned by Team Auto Sales LLC and non-party Team Imports LLC d/b/a Team Mitsubishi-Hartford as previously permitted for vehicles owned by Superb Motors Inc.* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/22/2025) |
|------------|-----|-----|
| 05/22/2025 | 281 | MEMORANDUM in Support re 280 Emergency MOTION for Order to Show Cause *to permit the sale of the remaining Superb Injuncted Vehicles owned by Team Auto Sales LLC and non-party Team Imports LLC d/b/a Team Mitsubishi-Hartford as previously permitted for vehicles owned by Superb Mo* filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/22/2025) |
| 05/22/2025 | 282 | AFFIDAVIT/DECLARATION in Support re 280 Emergency MOTION for Order to Show Cause *to permit the sale of the remaining Superb Injuncted Vehicles owned by Team Auto Sales LLC and non-party Team Imports LLC d/b/a Team Mitsubishi-Hartford as previously permitted for vehicles owned by Superb Mo* of Robert Anthony Urrutia filed by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/22/2025) |
| 05/22/2025 | 283 | RESPONSE in Opposition re 280 Emergency MOTION for Order to Show Cause *to permit the sale of the remaining Superb Injuncted Vehicles owned by Team Auto Sales LLC and non-party Team Imports LLC d/b/a Team Mitsubishi-Hartford as previously permitted for vehicles owned by Superb Mo* filed by Harry Thomasson. (Thomasson, Harry) (Entered: 05/22/2025) |
| 05/22/2025 | 284 | Letter MOTION to Strike 283 Response in Opposition to Motion, *due to Harry R. Thomasson, Esq.'s willful evasion of the Order disqualifying him from representing the Deo Defendants* by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. (Kataev, Emanuel) (Entered: 05/22/2025) |
| 05/23/2025 |     | SCHEDULING ORDER: In light of the filing at 18:43 yesterday (ECF No. 280 ), all interested parties are directed to attend the hearing scheduled for **today at 12:30 PM** via the Court's Video Zoom on the issues raised therein. A Zoom link will be provided via e-mail shortly. So Ordered by Magistrate Judge James M. Wicks on 5/23/2025. (JAF) (Entered: 05/23/2025) |
| 05/23/2025 |     | ORDER denying 284 Motion to Strike. So Ordered by Magistrate Judge James M. Wicks on 5/23/2025. (JAF) (Entered: 05/23/2025) |
| 05/23/2025 |     | ORDER denying 280 Emergency Motion for Order to Show Cause. After hearing the parties' arguments, and Plaintiffs having failed to establish irreparable harm, the application is denied for the reasons stated on the record. It is well-settled that "[t]he showing of irreparable harm is perhaps the single most important prerequisite for the issuance of a preliminary injunction." *Env't Servs., Inc. v. Recycle Green Servs., Inc.*, 7 F. Supp. 3d 260, 278 (E.D.N.Y. 2014) (quoting *Kamerling v. Massanari*, 295 F.3d 206, 214 (2d Cir. 2002)). Likewise "[i]rreparable harm is 'a continuing harm which cannot be adequately redressed by final relief on the merits and for which money damages cannot provide adequate compensation.'" *Crye Precision LLC v. Concealed Carrier, LLC*, 749 F. Supp. 3d 308, 334 (E.D.N.Y. 2024) (quoting *Kamerling*, 295 F.3d |

| | | |
|---|---|---|
| | | at 214). "Where, by contrast, 'there is an adequate remedy at law, such as an award of money damages, injunctions are unavailable except in extraordinary circumstances.'" *Id.* (quoting *Moore v. Consol. Edison Co. of N.Y.*, 409 F.3d 506, 510 (2d Cir. 2005)). Furthermore, the Court finds that Plaintiffs have not met their burden to establish a basis to modify the injunction. The grounds urged to modify the injunction - the cost to move vehicles and the threat that Plaintiffs will be in contempt - does not establish irreparable harm sufficient to modify the Injunction which was modified on May 9, 2025. Therefore, the Injunction as modified on May 9, 2025, remains in place and in effect and the Vehicles are to be delivered to the Deo Lot by 6:00 PM tonight with keys and titles as previously ordered. So Ordered by Magistrate Judge James M. Wicks on 5/23/2025. (JAF) (Entered: 05/23/2025) |
| 05/23/2025 | 285 | NOTICE OF APPEAL as to Order on Motion for Order to Show Cause,,,,,,,,,,, Order on Motion for Order to Show Cause,,,,,,, Order on Motion for Order to Show Cause,,,,,,,,,,,,,,,,,, Order on Motion for Reconsideration,,,,,,,,,,,,,,,,,, by Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia. Filing fee $ 605, receipt number ANYEDC-19079027. (Kataev, Emanuel) (Entered: 05/23/2025) |
| 05/23/2025 | 286 | Minute Order CIVIL CAUSE FOR STATUS CONFERENCE: Counsel for Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia): Emanuel Kataev. Counsel for Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC): Appearance Excused. Counsel for Defendants Anthony Deo, Sarah Deo, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.): Jeffrey Benajmin. Pro Se Defendant (Harry Thomasson): Harry Thomasson, appearing Pro Se. Counsel for Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP): Appearance Excused. Counsel for Defendants (Flushing Bank): Appearance Excused. Counsel for Defendant (Libertas Funding LLC): Appearance Excused. Counsel for Defendants (J.P. Morgan Chase Bank, N.A.): Appearance Excused. Arguments held on May 23, 2025 at 12:30 PM. For the reasons stated on the record, Plaintiffs' Emergency Motion for Order to Show Cause (ECF No. 280 ) is **denied**. The Injunction as modified as of May 9, 2025, remains in effect and the Vehicles are to be delivered to the Deo Lot by 6:00 PM today, with keys and titles. THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. (Time Log #12:36-12:52 (Via Zoom). (DF/JT) (Entered: 05/23/2025) |
| | | |

| 05/23/2025 | 287 | Letter *to Hon. James M. Wicks, U.S.M.J., notifying the Court of the sale of two vehicles* by Nissan Motor Acceptance Company LLC (Savino, Nicholas) (Entered: 05/23/2025) |