# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Superb Motors Inc, et al. v. Deo, Inc, et al. Docket No.: 25-1330

Lead Counsel of Record (name/firm) or Pro se Party (name): Emanuel Kataev, Esq., Sage Legal LLC

Appearance for (party/designation): Plaintiff-Appellants Superb Motors Inc, Team Auto Sales LLC, and Robert Anthony Urrutia

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                            Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Emanuel Kataev, Esq.
Firm: Sage Legal LLC
Address: 18211 Jamaica Avenue, Jamaica, NY 11423-2327
Telephone: (718) 412-2421    Fax: (718) 489-4155
Email: emanuel@sagelegal.nyc

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Emanuel Kataev, Esq.
Type or Print Name: Emanuel Kataev, Esq.
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.