# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand twenty-five.

| | |
|---|---|
| Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia, | **ORDER** |
| Plaintiffs - Appellants, | Docket No. 25-1330 |
| v. | |
| Anthony Deo, et al., | |
| Defendants - Appellees, | |
| Nissan Motor Acceptance Company, LLC, | |
| Intervenor. | |

On June 2, 2025, the Court issued a notice pursuant to Federal Rule of Appellate Procedure 4(a)(4), staying this appeal due to a pending motion for reconsideration in the district court. The district court having denied the motion in an order dated June 26, 2025,

IT IS ORDERED that the stay of this appeal is hereby lifted. Within 10 days of the date of this order, Appellees must file a response to Appellants' motion to expedite the appeal and for a stay pending appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

