# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Box 112  
Wantagh, New York  11793  
Tel. 516-557-5459  
hrtatty@verizon.net

Admitted:  
Massachusetts  
New York

July 18, 2025

VIA ECF ONLY

United States Court of Appeals  
for the Second Circuit  
40 Foley Square  
New York, NY  10007

  Re: CA2 Docket No.:  25-1330  
     Short Title:    *Superb Motors, et al., v. Deo, et al.*  
     DC Docket No.:  2:23-cv-6188  
     DC Court:     EDNY  
     DC Judge:     Magistrate James Wicks

Your Honor:

  I am a *pro se* Defendant in the underlying action, and shall be representing myself before this Court for the appeal at issue.  I am aware that since I am an attorney, this Court ordered me to be admitted to the 2nd Circuit for this appeal.  I prepared the papers to do so, and intended to submit same this week along with a substantive response to the pending Motion from the Superb Plaintiffs (this Court ordered a response to be filed by myself and the Deo co-Defendants by today; that order was entered by this Court on July 8, 2025, ten days ago).  However, I only found out this week that my sponsor for admission to this Court, attorney Jeffrey Benjamin, counsel for the Deo co-Defendants, is out of the country since before July 8, 2025, and will be returning next Wednesday, July 23, 2025.  So I am writing to inform the Court, as follows:

1. Mr. Benjamin and I agree that with respect to the relief requested in the pending Motion, neither Mr. Benjamin (on behalf of the Deo co-Defendants) nor I (as a *pro se* litigant) oppose the request for an expedited appeal, and the request for a stay of the lower Court's Order(s) regarding the injuncted vehicles is moot since Magistrate Wicks already entered an Order staying any action on his Order(s) appealed here until after this Court makes its decision(s) on appeal.  *See* Magistrate Wicks' Order entered on the docket in case number 2:23-cv-6188 (EDNY) for the underlying case *at* ECF No. 306 on June 26, 2025

1

2. I am hopeful that the Court finds the positions stated in paragraph number 1, above, sufficient to decide the pending Motion without further submissions and time taken for everyone, including the Court. However, if the Court wants a more substantive response, including from Mr. Benjamin, I am aware that he is out of the country since before this Court issued its ten-day order to submit a response, and I will not be admitted before this Court until after he returns. Accordingly, if the conclusions/ positions set forth in paragraph number 1, above, are insufficient for this Court to act on the Appellants' pending Motion, then I am asking for an additional ten (10) days through July 28, 2025, to submit a substantive response thereto. I will immediately finish and file my application to this Court's bar upon Mr. Benjamin's return, and in any event, before I contact the Court again.

Awaiting the Court's response, I remain,

        Very truly yours,

        /S/ *Harry R. Thomasson*

        Harry R. Thomasson