# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

August 11, 2025

**VIA ECF**
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

    *Re:*    **Superb Motors Inc,** *et al.* **v. Deo,** *et al.*
              **Docket No.: 25-1330**

Dear Sir or Madam, and may it please the Court:

    This firm represents Plaintiff-Appellants Superb Motors Inc ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Appellants") in the above-referenced appeal. Appellants respectfully submit this letter in accordance with Local Rule 31.2(a)(1)(A) to advise the Court of the date by which the Appellants' Appendix and Brief will be filed. Please be advised that, on behalf of the Appellants, we will be filing the Appendix and Brief in the above-referenced appeal by Monday, November 10, 2025.

    Form D indicates that transcripts were ordered. The date the last transcript was received was on May 28, 2025.

    Appellants thank this honorable Court for its time and attention to this appeal.

Dated:   Jamaica, New York
           August 11, 2025           Respectfully submitted,

                                                 **SAGE LEGAL LLC**
                                                 */s/ Emanuel Kataev, Esq.*
                                                 Emanuel Kataev, Esq.
                                                 18211 Jamaica Avenue
                                                 Jamaica, NY 11423-2327
                                                 (718) 412-2421 (office)
                                                 (917) 807-7819 (cellular)
                                                 (718) 489-4155 (facsimile)
                                                 emanuel@sagelegal.nyc

                                                 *Attorneys for Plaintiff-Appellants*
                                                 *Superb Motors Inc,*
                                                 *Team Auto Sales LLC, and*
                                                 *Robert Anthony Urrutia*

**VIA ACMS**
All counsel of record