

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ariel E. Ronneburger**
Partner
Direct Dial: 516.296.9182
Email: aronneburger@cullenllp.com

September 2, 2025

<u>**VIA ELECTRONIC FILING**</u>
Clerk of Court
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  **Re:** *Superb Motors, et. al. v. Anthony Deo, et al.*,
    Case No. 25-1330
    Eastern District of New York Case No.: 23-cv-6188

Dear Ms. O'Hagan Wolfe,

  This firm represents defendant Flushing Bank in the above-referenced matter. While Flushing Bank is listed as an appellee in Appeal No. 25-1330, this appeal does not impact or involve Flushing Bank and Flushing Bank does not intend on participating in this appeal. When we received a notice that a CAMP Conference has been scheduled in this matter for September 9, 2025, we contacted the CAMP program, and we were advised that we do not have to participate in the scheduled mediation sand should file this letter clarifying our role in this appeal.

  We thank you for your courtesies in this matter.

                Respectfully,

                *Ariel E. Ronneburger*

                Ariel E. Ronneburger