**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 5, 2025
Docket #: 25-1330
Short Title: Superb Motors Inc. v. Deo

DC Docket #: 2:23-cv-6188
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Magistrate Judge - James M. Wicks

# NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_  Record on Appeal - Certified List

\_\_\_\_  Record on Appeal - CD ROM

\_\_\_\_  Record on Appeal - Paper Documents

\_\_X\_\_  Record on Appeal - Electronic Index

\_\_\_\_  Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8543.