# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Superb Motors, Inc. et al. v. Anthony Deo, et al.    Docket No.: 25-1330

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeffrey Benjamin, Esq.

Firm: The Linden Law Group, P.C.

Address: 250 Park Avenue, 7th Floor, New York, New York 10177

Telephone: (212) 655-9536    Fax:

E-mail: jbenjamin@nyfraudlaw.com

Appearance for: Anthony Deo, Car Buyers NYC Inc., DLA Capital Partners Inc., Dwight Blankenship, Gold Coast Cars of Sunrise LLC, Gold Coast Cars of Syosset LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☑ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jeffrey Benjamin

Type or Print Name: Jeffrey Benjamin, Esq.