## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Superb Motors, Inc. et al. v. Anthony Deo, et al.  Docket No.: 25-1330

Lead Counsel of Record (name/firm) or Pro se Party (name): Jeffrey Benjamin, Esq. The Linden Law Group, P.C.

Appearance for (party/designation): ANTHONY DEO, SARAH DEO, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., and DLA CAPITAL PARTNERS INC.,

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____
( ) Incorrect. Please change the following parties' designations:
Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Jeffrey Benjamin, Esq.
Firm: The Linden Law Group, P.C.
Address: 250 Park Avenue, 7th Floor, NY NY 10177
Telephone: (212) 655-9536   Fax: _____
Email: jbenjamin@nyfraudlaw.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Jeffrey Benjamin
Type or Print Name: Jeffrey Benjamin, Esq.
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.