UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

---

SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,     Docket No. 25-1330
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, individually and
derivatively as a member of NORTHSHORE MOTOR
LEASING, LLC, JOSHUA AARONSON, individually and
derivatively as a member of 189 SUNRISE HWY AUTO,
LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

                       Plaintiffs,

     -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLAKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, TOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING,
LLC, and J.P. MORGAN CHASE BANK, N.A.,

                       Defendants.

---

### DECLARATION OF HARRY THOMASSON
### IN OPPOSITION TO APPELLANTS'
### NOTICE OF MOTION FOR NON-COMPLIANCE SANCTIONS

       Harry Thomasson, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury that the following is true and correct:

1

1. I am an attorney in good standing in the State of New York and I am a *pro se* Appellee in the above captioned appeal. As such, I have first-hand knowledge of the facts recited herein.

2. This Declaration is submitted in Opposition to the Appellants' Notice of Motion for Non-Compliance Sanctions. Simply put, I disagree with the premise of this Motion in all respects.

3. On the date of the mediation at issue (October 21, 2025), I was informed by the mediator, Dean Leslie, that there was not going to be any mediation/negotiations due to the Appellants' attorney, Mr. Kataev, taking the position that the (non-final) state Court decision by Judge Murphy of the Nassau Supreme Court rendered the mediation moot. When I was told that by Mr. Leslie, Mr. Kataev was not even on the line, and nothing else was even told to me about the attempted mediation that purportedly came from Mr. Kataev.

4. To be clear, there were no negotiations nor any mediating that ever took place before the mediator that day, notwithstanding whatever parsing the Appellants attempt on reply.

5. Thus, without anything substantive that could be revealed, I simply informed Magistrate Judge Wicks that on the Appellants' then pending Motion for Sanctions before him (an exasperated Magistrate Judge Wicks denied that Motion in all respects) which dealt solely with the issue of the Appellants' allegations that I failed to participate in the Dean Leslie mediation in good faith since I asked for an adjournment of that mediation due to my health (that adjournment was granted by Mediator Leslie), that the Appellants never even went forward themselves with the

2

mediation due to a non-final state Court decision. It seems relevant to reveal to Magistrate Wicks that on the allegation that I did not participate in the mediation in good faith, it was the Appellants by and through their attorney, Mr. Kataev, who ultimately failed and refused to mediate/negotiate once the mediation was attempted.

6. At most, this is a tempest in a teapot/*de minimis*, as absolutely nothing substantive was or could be revealed from a mediation that never actually took place. There is no harm to the Appellants; this Motion is merely and transparently designed by the Billionaire Appellants to continue to litigate these matters to death and to leverage me with their wealth. It is inappropriate, your Honors, and I ask that this Motion be denied in all respects.

7. Accordingly, I ask that this Court deny the Appellants' Motion for Non-Compliance Sanctions in its entirety, and I also request such other and further relief as the Court deems necessary, just, equitable and proper.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2025.

/S/ *Harry R. Thomasson*
_____
Harry R. Thomasson, Esq.
3280 Sunrise Highway, Box 112
Wantagh, New York 11793
Tel. 516-557-5459
Email: hrtatty@verizon.net

3

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

---------------------------------------------------------------------------
SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,     Docket No. 25-1330
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, individually and
derivatively as a member of NORTHSHORE MOTOR
LEASING, LLC, JOSHUA AARONSON, individually and
derivatively as a member of 189 SUNRISE HWY AUTO,
LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

                                        Plaintiffs,

      -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLAKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, TOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING,
LLC, and J.P. MORGAN CHASE BANK, N.A.,

                                        Defendants.
---------------------------------------------------------------------------

## DECLARATION OF HARRY THOMASSON IN SUPPORT OF HIS MOTION TO FILE LATE OPPOSITION TO APPELLANTS' NOTICE OF MOTION FOR NON-COMPLIANCE SANCTIONS

       Harry Thomasson, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury

that the following is true and correct:

1

1. I am an attorney in good standing in the State of New York and I am a *pro se* Appellee in the above captioned appeal. As such, I have first-hand knowledge of the facts recited herein.

2. This Declaration is submitted in Support of undersigned's Motion to File Late Opposition to the Appellants' Notice of Motion for Non-Compliance Sanctions.

3. It was my intent to timely file the attached Declaration in Opposition to Appellants' Motion for Non-Compliance Sanctions but was unable to do so on the usual PACER/ECF systems due to my mistakes from unfamiliarity with the Court's filing systems.

4. Today I reached the case manager, Evelyn, along with a clerk in the clerk's office of this Court, who assisted me with the electronic filing process.

5. It has always been my intention to Oppose the Appellants' Motion for Non-Compliance Sanctions, as I do not believe that there is a shred of need or integrity in that Motion given that parsing of words aside, there simply was no mediation nor any negotiations that actually took place between the parties. The mediator spoke to the parties separately, and I was simply informed that there would be no negotiations due to the Appellants informing the mediator that a state court decision prevented any negotiations/mediation.

6. This is my first request for additional time to file the attached Opposition, and there is no harm to the Appellants for this late filing two (2) business days after it was initially due.

7. Accordingly, I move this Court to allow the late filing of the attached Declaration of Harry Thomasson in Opposition to the Appellants' Motion for Non-Compliance

2

Sanctions, and for such other and further relief as this Court deems necessary and just.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2025.

/S/ *Harry R. Thomasson*

_____
Harry R. Thomasson, Esq.
3280 Sunrise Highway, Box 112
Wantagh, New York  11793
Tel.  516-557-5459
Email:  hrtatty@verizon.net

3