UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1330(L), 25-2189(Con)

**Caption [use short title]**

**Motion for:** Extension of Time to Perfect Appeal pursuant to Fed. R. App. P. 4(a)(4)(A)(vi) and Local Rule 27.1(f)

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellants seek an extension of time to file the brief because Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia have moved to dissolve the injunction subject to this appeal in the district court below, and thus respectfully seek an extension of time pending a decision on that motion for purposes of judicial economy

**Superb Motors Inc., et al. v. Deo, et al.**

**MOVING PARTY:** All Plaintiff-Appellants  
**OPPOSING PARTY:** All Defendant-Appellees

☑ Plaintiff   ☐ Defendant  
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Sage Legal LLC  
**OPPOSING ATTORNEY:** Linden Law Group, P.C. & Harry R. Thomasson, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Emanuel Kataev, Esq.  
18211 Jamaica Avenue, Jamaica, NY 11423-2327  
(718) 412-2421 emanuel@sagelegal.nyc

Jeffrey Benjamin, Esq.  
250 Park Avenue, 7th Floor, New York, NY 10177  
(212) 655-9536 jbenjamin@nyfraudlaw.com

**Court- Judge/ Agency appealed from:** United States District Court for the Eastern District of New York, Hon. James M. Wicks, U.S.M.J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:  
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:  
☐ Yes   ☐ No   ☑ Don't Know

please see accompanying motion for additional information about all Appellants' positions.

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes  ☐ No  
Has this relief been previously sought in this court?   ☐ Yes  ☐ No  
Requested return date and explanation of emergency: N/A

Is oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ☑ No  If yes, enter date: N/A

**Signature of Moving Attorney:**

/s/ Emanuel Kataev, Esq.   **Date:** 12/9/2025   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, *individually and derivatively as a member of* NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, *individually and derivatively as a member of* 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Docket No.:
25-1330(L)
25-2189(Con)

**PLAINTIFF-APPELLANTS' MOTION FOR AN EXTENSION OF TIME TO PERFECT THE APPEAL PURSUANT TO RULE 4 OF THE FEDERAL RULES OF APPELLATE PROCEDURE AND LOCAL RULE 27.1(F)**

                      Plaintiffs,

      -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

                      Defendants.
------------------------------------------------------------------X

**PRELIMINARY STATEMENT**

This motion respectfully seeks an extension of time for Plaintiff-Appellants to file the brief in this appeal pursuant to Rules 4 and 27 of the Federal Rules of Appellate Procedure and Local Rule 27.1(f) of the Local Rules and Internal Operating Procedures of the Court of Appeals for the Second Circuit. Because, as discussed further below, a motion has been filed in the underlying case that may affect and/or moot the issues to be decided on appeal, an extension of time is warranted. Separately, good cause exists for an extension of time to perfect this appeal due to Appellants' counsel's obligations in unrelated matters.

**FACTS**

The instant appeal was noticed on May 23, 2025 and Appellants filed together with the notice of appeal an Order to show cause for a stay and to expedite the appeal. See 25-1330, ECF Docket Entries 1 and 10. On June 2, 2025, this Court notified Appellants that this appeal is stayed pending a determination of a motion for reconsideration filed by the Appellants in the underlying case. See 25-1330, ECF Docket Entry 12. On July 2, 2025, Appellants complied with the notice and informed this Court about the lower court's disposition of the motion for reconsideration. See 25-1330, ECF Docket Entry 13. On July 8, 2025, this Court denied the Appellants' motion to expedite the appeal and for a stay. See 25-1330, ECF Docket Entry 14.

On August 29, 2025, a second notice of appeal was filed from the underlying case. See 25-2189, ECF Docket Entry 1. On October 15, 2025, this Court entered an Order consolidating these appeals and directing that a brief be filed by December 22, 2025. See 25-2189, ECF Docket Entry 29. On December 1, 2025, some of the Appellants filed a motion to dissolve the preliminary injunction at issue in this appeal. See Super Motors Inc. v. Deo, No.: 2:23-cv-6188 (JMW), ECF Docket Entries 340 and 341. As a result of same, an extension of time to file the brief is warranted.

## STANDARD OF REVIEW

This Court has jurisdiction to decide this motion pursuant to Local Rule 27.1(f). This motion is made within a week of the circumstances giving rise to the request for relief pursuant to Local Civil Rule 27.1(f)(3).

Absent an extraordinary circumstance, such as serious personal illness or death in counsel's immediate family, the court will not grant a motion to extend the time to file a brief. See 2d Cir. R. 27.1(f)(1). A deadline for a brief remains in effect unless the court orders otherwise. Id.

Rule 4 provides that if a party files in the district court any of the following motions under the Federal Rules of Civil Procedure--and does so within the time allowed by those rules--the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion … for relief under Rule 60 if the motion is filed within the time allowed for filing a motion under Rule 59. See Fed. R. App. P. 4(a)(4)(A)(vi)

## ARGUMENT

### GOOD CAUSE EXISTS FOR AN EXTENSION OF TIME

Appellants have filed a motion with the court below to dissolve the injunction at issue in this appeal. Just like this Court did automatically upon learning of the pending motion for reconsideration filed concurrently with the notice of appeal and Order to show cause in this appeal, this Court should stay this appeal pending a determination of the motion to dissolve the injunction.

Rule 47 of the Federal Rules of Appellate Procedure requires that a local rule imposing a requirement of form must not be enforced in a manner that causes a party to lose rights because of a non-willful failure to comply with the requirement. See Fed. R. App. P. 47(a)(2).

Here, Appellants respectfully submit that a determination of the motion to dissolve the injunction in the underlying case may result in narrowing the issues in this appeal.

As a result of same, this Court should grant the requested extension of time.

Separately, your undersigned has recently substituted in as counsel to an unrelated matter, <u>Fernandez v. Bulldozer Hospitality Group, Inc.</u>, *et al.*, which will require your undersigned to conduct two (2) depositions on Monday, December 8, 2025 and Wednesday, December 10, 2025, respectively, and then file a motion for summary judgment in the same case on Friday, December 12, 2025. Your undersigned substituted in as counsel in this case on October 28, 2025, and was required to conduct and/or defend four (4) depositions in the time in between being retained until the present, which has significantly impacted your undersigned's ability to complete the brief in this appeal. Although your undersigned has sought extensions of time in this unrelated case so as to secure more time to complete the brief in this case, I have been unsuccessful in doing so.

Moreover, this request is unopposed. The Deo Defendants specifically stated that it was unopposed; while the remaining Appellees, except for Libertas (who has not responded), took no position on this request. This bolsters the Appellants' entitlement to the relief requested.

Accordingly, good cause and extraordinary circumstances exist so as to permit an extension of time to file the brief pending a determination of the lower court's Order determining Appellants' motion to dissolve the injunction. Appellants are prepared to provide notice pursuant to Rule 4 upon receipt of an Order determining the pending motion in the underlying case as they have done before. <u>See</u> 25-1330, ECF Docket Entry 13.

## **CONCLUSION**

For the foregoing reasons, the Appellants' motion for an extension of time should be granted.

3

Dated: Jamaica, New York
       December 9, 2025                   Respectfully submitted,

                                            **SAGE LEGAL LLC**
                                            */s/ Emanuel Kataev, Esq.*
                                            Emanuel Kataev, Esq.
                                            18211 Jamaica Avenue
                                            Jamaica, NY 11423-2327
                                            (718) 412-2421 (office)
                                            (917) 807-7819 (cellular)
                                            (718) 489-4155 (facsimile)
                                            emanual@sagelegal.com

                                            *Attorneys for Appellants*
                                            *Superb Motors Inc.,*
                                            *Team Auto Sales LLC, and*
                                            *Robert Anthony Urrutia*

Dated: New York, New York
       December 9, 2025                   **CYRULI SHANKS & ZIZMOR LLP**
                                            /s
                                            Jeffrey Ruderman, Esq.
                                            420 Lexington Avenue, Suite 2320
                                            New York, NY 10170-0002
                                            (212) 661-6800 (office)
                                            (347) 379-4622 (direct dial)
                                            (212) 661-5350 (facsimile)
                                            jruderman@cszlaw.com

                                            *Attorneys for Appellants*
                                            *189 Sunrise Hwy Auto LLC,*
                                            *Northshore Motor Leasing, LLC,*
                                            *1581 Hylan Blvd Auto LLC,*
                                            *1580 Hylan Blvd Auto LLC,*
                                            *1591 Hylan Blvd Auto LLC,*
                                            *1632 Hylan Blvd Auto LLC,*
                                            *1239 Hylan Blvd Auto LLC,*
                                            *2519 Hylan Blvd Auto LLC,*
                                            *76 Fisk Street Realty LLC,*
                                            *446 Route 23 Auto LLC,*
                                            *Island Auto Management, LLC,*
                                            *Brian Chabrier,*
                                            *Joshua Aaronson, and*
                                            *Jory Baron*

**VIA ACMS**
All counsel of record